# *UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

**DAVID MEAD**

    Plaintiff(s)

vs.           Civil Case No: **05-2316 (EGS)**

**SUE ANN MAHAFFEY**

    Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically.  This Notice serves as notification of bulky exhibits to the complaint, has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                               **NANCY MAYER-WHITTINGTON**

                                          Clerk

**Date:** December 01, 2005