FULL NAME _____

COMMITTED NAME (if different) _____

FULL ADDRESS INCLUDING NAME OF INSTITUTION
_____
_____

PRISON NUMBER (if applicable) _____

**FILED**

DEC 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:05CV02362

JUDGE: Unassigned

DECK TYPE: FOIA/PA

DATE STAMP: 12/08/2005

CASE REASSIGNED

KOLLAR-KOTELLY, J.C.K.K.

FEB 24 2006

UNITED STATES DISTRICT COURT
for THE DISTRICT OF Columbia

Keith Thomas CDCT-67081
Corcoran State Prison
S.H.U 4-A2-RCell-21
P.O. Box 3476
Corcoran, CA 93212

PLAINTIFF,
V.

U.S. Customs And Border Protection;
Bureau of Alcohol, Tobacco, Firearms and Explosives,
Federal Bureau of Information
DEFENDANT(S).
Central Intelligence Agency
Department of Energy
Coast Guard
Government Accountability Office
FCC, Federal Communication Commission.

CASE No. CV_____
(To be supplied by _____)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☐ _____  or  5 & 14 Amendment
                 (life, liberty and property)
☒ Bivens v. Six Unknown Agents
403 U.S. 388 (1971);

## PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2) If your answer to 1 is yes, how many? ___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

defendant President George W. Bush, violation of Article

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 6

ι

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT FORM

a. Parties to this previous lawsuit:

Plaintiff _Keith Thomas_

Defendants _George W. Bush, president_

b. Court _U.S. District court District of columbia (Washington, DC)_

c. Docket or case number _1:05-cv-01017-UNA_

d. Name of judge to whom case was assigned _Judge Royce C. Lamberth_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still pending_

f. Issues raised: _bann to provide legal assistance_

g. Approximate date of filing lawsuit _5-19-2005_

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?    ☐ Yes    ☒ No

2) Have you filed a grievance concerning the facts relating to your current complaint?
   ☐ Yes  ☒ No
   If your answer is no, explain why not _____

3) Is the grievance procedure completed?    ☐ Yes  ☒ No

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Keith Thomas__
(print plaintiff's name)

who presently resides at __Corcoran State Prison   S.H.U 4-A 2-R cell-21__, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at __Corcoran State Prison, S.H.U 4-A 2-R cell-21, P.O. Box 3476, Corcoran, Ca 93212__
(institution/city where violation occurred)  __U.S. Custom And Border Protection, 1300 Pennsylvania N.W. Washington D.C. 20229__

on (date or dates) _____, _____, _____.
(Claim I)            (Claim II)            (Claim III)

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming more than five (5) defendants.)

1) Defendant __John Doe,__ resides or works at
(full name of first defendant)

__U.S. Customs And__   __1300 Pennsylvanne Ave Washington D.C 20229__
__Border Protection__   (full address of first defendant)

__Director__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

__Abusing Authority restraint to pursue Political__
__Freedom and occupation through the Administrative procedure Act__

2) Defendant __John Doe__ resides or works at
__U.S. Customs And__   (full name of second defendant)
__Border protection__   __1300 Pennsylvania Ave Washington D.C 20229__ and is employed as
(full address of second defendant)

__Administrative process (complaint)__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

__Abusing Authority restraint to pursue__
__Political Freedom and occupations__

Page 3 of 6

CV-66 (7/97)        CIVIL RIGHTS COMPLAINT FORM

3) Defendant __John Doe__ resides or works at
(full name of third defendant)
~~Chief Director~~ Department of Justice Bureau of Alcohol, Tobacco, Firearm and Explosive, Washington DC 20226-0017, and is employed as
(full address of third defendant)

__Chief Director__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

__Abusing Authority, Restraint to pursue Political Freedom and occupation through the administrative procedure__

4) Defendant __John Doe__ resides or works at
(full name of fourth defendant)
Department of Justice, Bureau of Alcohol, Tobacco, Firearm and Explose, Washington D.C 20226-
(full address of fourth defendant), and is employed as

~~Chief~~ Assign Administrative Process (complaint)
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

__Abusing authority Restraint to pursue Political Freedom and occupation through the administrative procedure Act__

5) Defendant ~~John Doe~~ __David M. Hardy__ resides or works at
(full name of fifth defendant)
U.S. Department of Justice Federal Bureau of Investigation Washington D.C 20535-0007
(full address of fifth defendant), and is employed as

__Section Chief Record/Information__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

__Abusing authority Restraint to pursue Political Freedom and occupation through the administrative procedure Act__

E. CLAIMS

## CLAIM I

The following civil right has been violated:

5th Amendment (nor be deprive of life, liberty or property) Political Freedom (Occupation) And 14th amendment (nor shall any state deprive any person of life, liberty or property: Political Freedom & Occupation), administrative procedure Act, Freedom of information Act

The Constitution of the United States of America

"We the people of the United States, in order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general welfare, and secure the Blessings of Liberty"

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Paragraph 1

Plaintiff allege that he written letters of claim and complaints through the U.S. postal service to the U.S Customs and Border Protection At 1300 Pennsylvania Avenue, 3YA, Washington D.C. 20229, to file a complaint through it's administrative remedie procedure to obtain documents by them, which the defendants restraint the Plaintiff ability to pursue through the administrative remedies by not and rejecting to acknowledging nor Return Receipt of nor forms to pursue administrative remedies to obtain document that involving Consisting of: All

1. listing of U.S sea ports of the U.S custom branches that confiscated ships that transported tons of cocaine that was seize by the U.S. custom. All Requesting all paperwork that dealt with each ship seize with cocaine.

2. How much cocaine has been confiscated, and the procedure How it has been computed, stone and use as evidence.

3. The names of all ship and their course when seize,

Memorandum of point and Authorities
In support there of

## 1

The Constitution of the United States of America

" we the people of the United States, <u>in order</u> to form a more perfect Union, establish Justice, insure domestic tranquility, provide for the common defence, promote the general welfare, And secure the Blessings of Liberty to ourselves And our Posterity "

### 5th Amendment

" nor be deprived of life, liberty or property \
(Political Freedom & Liberty) occupation)

### 14th Amendment

" nor shall any state deprive any person of life, liberty, or property

(Political Freedom & liberty)

1. Administrative Procedures Act (APA)
2. Freedom of Information Act

### 1 Amendment

Congress shall make no Law Respecting An establishment of religion, or prohibiting the free exercise thereof; or Abridging the freedom of speech, or of the Press; or the right of the people peaceably to Assemble, and to petition the Government for a Redress of grievance.

### First Claim for Relief

" The Constitution of the United States of America = Violation — establish justice, insure domestic tranquility, provide for the common defence — promote the general welfare, and secure the blessings of Liberty to ourselves and our posterity "

1. Plaintiff Refers to and incorporates by reference to complaint attached herein the allegation of paragraph 1 through 5, inclusive.

2. Plaintiff's has been disorder to form a more, establishment Justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to ourselves and our

1

1. posterity; As described herein, refer to the Attached complaint. Said disorder is by the Federal government enacted by the Federal Congress, by not forming nor ordering, insurely of domestic tranquility, establishing Justice, provide for the common defence, promote the general welfare, and secure the blessing of Liberty.

3. The Federal government defendants conduct violates the Constitution of the United States of America and 42 U.S.C § 1983, disorder to form a more establish justice, insure domestic tranquility, provide for the common defence, promote the general welfare, and secure the blessings of Liberty.

## Second, Claim for Relief

( 5th Amendment Violation - life, liberty or property ( Political freedom And & liberty)Occupation )

Plaintiff refers to and incorporates by reference herein to the complaint attached, the allegation of paragraphs 1 through 5, inclusive

4. Plaintiff Political freedom & liberty has been affected, the Plaintiff Political freedom has been effected by the administrative procedure act and the Freedom of information Act preventing the Plaintiff to obtain information basis of his occupation of a paralegal. Said Political freedom, liberty and occupation has included, not to obtain information refer in to the allege in the complaint attached

Defendants conduct violated the 5th amendment and 42 U.S. 1983, constitutes and deprive of rights and restrictions a violation of the 5th amendment right of and absence of restriction, of Political freedom, liberty, and his occupation. And refer to first claim for relief

## Third, Claim for Relief

( 14th Amendment Violation - life, liberty or property) plaintiff refer to the afore mention. In second claim for relief and first claim for relief.

### Fourth Claim for Relief

( Administrative Procedure Act (APA) violation - to pursue Administrative Remedies.

Plaintiff refer to the First, second and third claim for relief

### Fifth, claim for relief

( ~~Administrative~~ Freedomom of Information Act violation - Refuse to Provided Needed information.)

Plaintiff refer to the First, second, third, fourth claim for Relief

### Sixth, claim for relief

(1st Amendment violation - Congress shall not Abridge the right to petition the Government for a Redress of Grievance)

Plaintiff refers to and incorporates by reference herein to the complaint attached, the allegation of paragraph 1 through 5, inclusive

Plaintiff allege that the ~~congress~~ federal congress created Federal Administrative agencies whom ~~for~~ these Federal Administrative agencies enacted Federal administrative laws that abridge the Plaintiff the Right to petition the Government for a Redress of grievance

Defendants conduct violated the 1st Amendment, the Right to petition the Government for a Redress of Grievance) and 42. U.S.C 1983,, their conduct constitute abridging the Right to petition in violation of the eight Amendment Right not to be abridge the Right to petition the government for redness grievance.

### Prayers for Relief

Wherefore, plaintiff Keith Thomas, prays for judgment against defendants as follow:

1. order summary of judgment to the Plaintiff
2. order evidentiary hearing, trial date and demand for jury trial Federal Rules of civil Procedure Rule 38,
3. denied the defendant to seek Federal Rules of evidence Rule 50

3

4. Order the ~~Plan~~ defendant to allow the Plaintiff crew member to do the work of making copies and research supervisor by the Federal government to ease the burden of the Federal government employee

5. For such other and further relief as the court may deem just and proper.

Dated

[signature]