## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID MEAD** | ) | |
|     **Plaintiff** | ) | |
|     vs. | ) | Case No.  1:05CV02316 |
| **SUE ANN MAHAFFEY, et al.** | ) | Judge Emmet G. Sullivan |
|     **Defendant** | ) | |

## CERTIFICATE OF SERVICE
## MOTION TO DISMISS

I hereby certify that I mailed a true copy of the foregoing Motion to Dismiss on Behalf of Defendant Yona Mead, Memorandum of Points and Authorities in support thereof, and a proposed Order to David Mead, Plaintiff, *pro se*, at 8204 Moorland Lane, Bethesda, MD 20817, by first class mail, postage prepaid, this 20th day of December, 2005.

/s/ Alan B. Frankle
ALAN B. FRANKLE