UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID MEAD** | ) | |
|     **Plaintiff** | ) | |
|   vs. | ) | Case No.  1:05CV02316 |
| **SUE ANN MAHAFFEY, et al.** | ) | Judge Emmet G. Sullivan |
|     **Defendant** | ) | |

## ORDER GRANTING MOTION TO DISMISS

UPON CONSIDERATION of the Defendant Yona Mead's Motion to Dismiss for Lack of Subject Matter Jurisdiction, the opposition thereto and the record herein, it appearing to the court that there is not complete diversity between Plaintiff and all of the Defendants, and, as a result, this court does not have subject matter jurisdiction, it is, this ___ day of _____, 2006, by the United States District Court for the District of Columbia

ORDERED, that the Plaintiff's complaint be and hereby is dismissed for lack of subject matter jurisdiction.

 

                                                                      _____
                                                                      **EMMET G. SULLIVAN, JUDGE**
                                                                       United States District Court for the
                                                                       District of Columbia

Copies to:

David Mead
8204 Moorland Lane
Bethesda, MD 20817

Alan B. Frankle, Esquire
751 Rockville Pike
Suite 7
Rockville, MD 20852