**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID MEAD                                            :
                                                      :
       Plaintiff                                  :
                                                      :   Case No. 1:05CV02316
v.                                                    :
                                                      :   Judge Emmet G. Sullivan
SUE ANN MAHAFFEY, et al.                              :
                                                      :
       Defendant                                  :

### MOTION TO DISMISS
### (Lack of Subject Matter Jurisdiction)

Comes now the Defendant, SUE ANN MAHAFFEY, and moves this Honorable Court to dismiss the action brought by Plaintiff DAVID MEAD, pursuant to Rule 12(h)(3), and as reasons therefore states as follows:

1.  The Plaintiff has invoked the jurisdiction of this court alleging that the action is "between citizens of different states" (Complaint paragraph 1) and that the "subject matter is founded on diversity of citizenship" (Complaint paragraph 2).

2.  Jurisdiction founded upon diversity of citizenship requires that there be complete diversity between the Plaintiff and <u>all</u> Defendants. As shown on the face of the Complaint, the Plaintiff states his address is in Maryland, and there are at least six Defendants who are alleged to be Maryland residents. Therefore, there is no diversity for the purposes of 28 U.S.C.A. §1332.

The reasons for Defendant's Motion to Dismiss are more fully set forth in the Memorandum of Points and Authorities attached hereto.

WHEREFORE, the Defendant SUE ANN MAHAFFEY prays that this Honorable Court dismiss the Plaintiff's Complaint, with prejudice.

Respectfully submitted,

By:  /s/
_____

Sue Ann Mahaffey, pro se
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

Defendant

L:\CLIENTS\M\MONT-CO.CRT\MISCELLANEOUS\Mead-Trustee.008\U.S. District Court\179 mot.dismiss.doc