**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID MEAD | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No. 1:05CV02316 |
| v. | : | |
| | : | Judge Emmet G. Sullivan |
| SUE ANN MAHAFFEY, et al. | : | |
| | : | |
| Defendant | : | |

## ORDER GRANTING MOTION TO DISMISS

UPON CONSIDERATION of the Defendant Sue Ann Mahaffey's Motion to Dismiss for Lack of Subject Matter Jurisdiction, the opposition thereto and the record herein, it appearing to the court that there is not complete diversity between Plaintiff and all of the Defendants, and, as a result, this court does not have subject matter jurisdiction, it is, this _____ day of _____, 2006, by the United States District Court for the District of Columbia

ORDERED, that the Plaintiff's complaint be and hereby is dismissed for lack of subject matter jurisdiction.

_____
**EMMET G. SULLIVAN, JUDGE**
United States District Court for the
District of Columbia

Copies to:

David Mead
8204 Moorland Lane
Bethesda, MD 20817

Sue Ann Mahaffey
25 West Middle Lane
Rockville, Maryland  20850

Shahram Roudi
First Nationwide Management & Leasing
5125 MacArthur Boulevard
Suite 41
Washington, D.C.  20016

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland  20878

Weichert Realtors, Inc.
225 Littleton Road
Morris Plains, NJ  07950

Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive
Suite 100
Bethesda, Maryland  20814

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida  33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland  20817

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida  33776

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Alan B. Frankle, Esquire
751 Rockville Pike
Suite 7
Rockville, MD 20852

L:\CLIENTS\M\MONT-CO.CRT\MISCELLANEOUS\Mead-Trustee.008\U.S. District Court\179 order.mot.dismiss.doc