**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID MEAD                              :
                                        :
      Plaintiff                  :
                                        :    Case No. 1:05CV02316
v.                                      :
                                        :    Judge Emmet G. Sullivan
SUE ANN MAHAFFEY, et al.                :
                                        :
      Defendant                  :

**CERTIFICATE OF SERVICE
<u>MOTION TO DISMISS</u>**


I hereby certify that on this ____ day of December, 2005, I mailed a true copy of the foregoing Motion to Dismiss, Memorandum of Points and Authorities in support thereof, and a proposed Order to:

    David Mead
    8204 Moorland Lane
    Bethesda, MD 20817

    Shahram Roudi
    First Nationwide Management & Leasing
    5125 MacArthur Boulevard
    Suite 41
    Washington, D.C.   20016

    Chao W. Chen
    258 B. Market Street East
    Gaithersburg, Maryland   20878

    Weichert Realtors, Inc.
    225 Littleton Road
    Morris Plains, NJ   07950

    Kathleen Sheeran
    Weichert Realtors
    6610 Rockledge Drive
    Suite 100
    Bethesda, Maryland   20814

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida  33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland  20817

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida  33776

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Alan B. Frankle, Esquire
751 Rockville Pike
Suite 7
Rockville, MD 20852

/s/

SUE ANN MAHAFFEY

L:\CLIENTS\M\MONT-CO.CRT\MISCELLANEOUS\Mead-Trustee.008\U.S. District Court\179 cert.service.doc