UNITED STATES DISTRICT COURT
District of Columbia

DAVID MEAD

    Plaintiff

v.

SUE ANN MAHAFFEY, et al.

    Defendant

Case No. 1:05CV02316

Judge: Emmet G. Sullivan

Date:   December 24, 2005

## ANSWER TO COMPLAINT
(Motion to Dismiss with Prejudice)

    This defendant denies all allegations in the complaint. Mr. Mead's complaint alleges that I conspired with Mr. Roudi, a real estate broker, to purchase 1812 North Capitol St., Washington, D.C. in 2002. The property was offered for sale in the classified section in Washington Post. I responded to the advertisement and found out later that the property was for sale from a court-appointed trustee involved in Mr. & Mrs. Mead's divorce settlement. It should be noted that I failed to acquire the property even though I made a sincere efforts to follow the process and to satisfy all requests from the seller; if only to make sure that I could get back my deposit of $10,000 if the deal fall through. Unfortunately, my sincere efforts did not guarantee me of getting my deposit back automatically when the deal fell through without taking further legal actions, including complaining to the DC Real Estate Board. In fact, I had found indirectly that the property had already been sold to another party several months after its was settled, after engaging my attorney to make an inquiry to the trustee. Upon discovery of this surprise, I immediately attempted to get my deposit back from the broker. For this, I had experienced several failed attempts before I finally got my deposit back, but only after filing of a letter of complaint to the DC Real Estate Board. While I am not sure whether or not this was the reason for getting my deposit back, the timing seems to suggest so. I should also point out, however, that Mr Roudi did apologize and explain that his failure to inform me about the end result, and to return my deposit on time was due to his emergency travel to Iran during that time.

    I find the accusation about me totally untrue, unreasonable, and not logical; as a buyer, I am in no position to manipulate the process. All I had done was simply to fulfill buyer's responsibilities by following normal procedure required for any real estate buyer; making offers, counter-offers, satisfying documentation and information required by the seller, hiring inspectors to inspect the property, etc. In fact, I considered myself a victim of the whole process, and a fool who failed to recognize the complicated nature involving

1

a heatedly disputed divorce case. Therefore, I respectfully request your honorable court to dismiss the case against me and to remove my name from the list of defendants.

Respectfully submitted,

By: *[signature]*
Chao W. Chen, pro se
258B Market St., E.
Gaithersburg, MD 20878
301-216-1153