UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

v.                                    CASE # 1:05CV02316    E.G.S

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Shahram Roudi. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt attached — PS Form 3811, February 2004. Article addressed to: Shahram Roudi (Ron), First Nationwide, P.O. Box 70365, Washington, DC 20016. Article Number: 7003 3110 0003 7274 7964. Received by: Ron Rondi. Date of Delivery: 12/9/05.]

RECEIVED
JAN - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011