UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

   Plaintiff

v.                                  CASE # 1:05CV02316   E.G.S

SUE ANN MAHAFFEY, et al

   Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Yona Mead. Attached hereto is the green card acknowledging service.

[Green card - Domestic Return Receipt, PS Form 3811, February 2004]

Article Addressed to:
Yona Mead
5176 hinnean Terrace N.W.
Washington DC. 20008

Article Number: 7003 3110 0003 7274 8190

Service Type: Certified Mail

RECEIVED
JAN - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011