UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

Plaintiff

v.                                          CASE # 1:05CV02316        E.G.S

SUE ANN MAHAFFEY, et al

Defendants

AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of

the summons and complaint, certified mail return receipt requested, to

Kathy Tiong. Attached hereto is the green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ____ □ Agent □ Addressee <br> B. Received by ( Printed Name)    C. Date of Delivery    12-7-05 |
| 1. Article Addressed to: <br><br> Kathy Tiong <br> Remax Realtors <br> 6 Montgomery Village Ave # 200 <br> Gaithersburg Md. 20879 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No |
| | 3. Service Type <br> ☑ Certified Mail   □ Express Mail <br> □ Registered   □ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   □ Yes |
| 2. Article Number <br> (Transfer from service label) | 7003 3110 0003 7274 8165 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED

JAN - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011