UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

v.                                                        CASE # 1:05CV02316        E.G.S

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Timothy Crowley. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy Crowley (Ken)
Remax Realtors
6 Montgomery Village Ave #200
Gaithersburg Md 20879

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Ken Crowley    C. Date of Delivery: 12-7-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 7274 8152

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

RECEIVED
JAN - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[signature]
David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011