UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

v.                              CASE # 1:05CV02316      E.G.S

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Chao Chen. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt, PS Form 3811, February 2004; addressed to: Chao Chen, 258 B Market St. East, Gaithersburg Md 20878; Article Number: 7003 3110 0003 7274 7971]

RECEIVED
JAN - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011