UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05CV02316 |
| v. ) | Judge Emmet G. Sullivan |
| ) | |
| SUE ANN MAHAFFEY, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT
(Lack of Subject Matter Jurisdiction)

**COMES NOW SHAHRAM ROUDI**, one of the Defendants in the above-captioned proceeding, by and through his undersigned counsel, and in support of his Motion to Dismiss the Complaint filed by **DAVID MEAD**, Plaintiff in this proceeding, states as follows:

1. The Plaintiff has invoked the jurisdiction of this Court alleging that the action is "between citizens of different states" (Complaint, ¶ 1) and that the "subject matter is founded on diversity of citizenship" (Complaint, ¶ 2).

2. Jurisdiction founded upon diversity of citizenship requires that there be complete diversity between the Plaintiff and all Defendants. As shown on the face of the Complaint, the Plaintiff states his address as being in Maryland, and there are at least six Defendants who are also alleged to be Maryland residents. Therefore, there is not complete diversity of citizenship for purposes of the jurisdictional provisions of 28 U.S.C. §1332.

3. Defendant Roudi submits herewith the Memorandum of Points and Authorities in support of the instant motion.

**WHEREFORE**, Defendant Shahram Roudi requests that the Court dismiss Plaintiff's Complaint, with prejudice and award attorneys fees and costs he has incurred herein.

**Respectfully submitted,**

/s/ *[signature]*

S. Ricardo Narvaiz
Bar No. 317347
LAW OFFICES OF S. RICARDO NARVAIZ
1300 SPRING STREET, SUITE 500
Silver Spring, Maryland 20910
Telephone: (301) 628-2066
Facsimile: (301) 588-0854
**Counsel for Defendant Shahram Roudi**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2005, a copy of the foregoing Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum of Points and Authorities in support thereof and a copy of the Proposed Order in the above-referenced case were sent by U.S. mail, postage prepaid, to the following:

David Mead
8204 Moorland Lane
Bethesda, MD 20817

Sue Ann Mahaffey
25 West Middle Lane
Rockville, MD 20850

Chao W. Chen
258 B Market Street East
Gaithersburg, MD 20878

Weichert Realtors, Inc.
225 Littleton Road
Morris Plains, NJ 07950

Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive
Suite 100
Bethesda, MD 20814

Michael Jagoda/Parcorp Services, Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, FL 33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, MD 20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, MD 20879

Alan B. Frankle, Esq.
751 Rockville Pike
Suite 7
Rockville, MD 20852

_____
S. Ricardo Narvaiz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD,<br><br>        Plaintiff,<br><br>v.<br><br>SUE ANN MAHAFFEY, et al.,<br><br>        Defendants. | Case No. 1:05CV02316<br>Judge Emmet G. Sullivan |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COMES NOW SHAHRAM ROUDI**, one of the Defendants in the above-captioned proceeding, by and through his undersigned counsel, and in support of his Motion to Dismiss the Complaint filed by **DAVID MEAD**, Plaintiff in this proceeding, states as follows:

1. Defendant Roudi incorporates herein by reference all of the arguments and citations contained in the motions to dismiss filed in this proceeding by Defendants Yona Mead and Sue Ann Mahaffey.

2. Plaintiff filed his lawsuit against eleven defendants alleging various causes of action against each of them. It appears that Plaintiff alleges that this Court has jurisdiction on the basis of diversity of citizenship. In Paragraph 1 of his Complaint, Plaintiff refers to 28 U.S.C. §1332(a)(1), §1332(a)(2) and §1332(a)(3). Plaintiff repeats his allegation of jurisdiction in Paragraph 2 of the Complaint where he discusses venue and states that "subject matter is founded upon diversity of citizenship."

3. However, based on Plaintiff's own allegations as to the locations of several of the defendants in this lawsuit, it is apparent that Plaintiff's theory of diversity of citizenship must fail.

4.	Plaintiff states his own residence as being 8204 Moorland Lane, Bethesda, Maryland 20817. Defendants Sue Ann Mahaffey, Chao W. Chen, Kathleen Sheeran, Agent of Weichert Realtors, Nasser Shahparast, Agent of Royal Investment Group LLC, Timothy Crowley, Principal of Remax Realtors and Kathleen Tiong, Agent of Remax Realtors, are likewise residents of Maryland.

5.	It is axiomatic in the jurisprudence of the federal courts that diversity jurisdiction under 28 U.S.C. §1332 can only be exercised if there is "complete" diversity between all plaintiffs and all defendants. This means that all plaintiffs must be diverse from all defendants in order for this Court to hear Plaintiff's case. See, e.g., *Caterpillar Inc. v. Lewis*, 519 U.S. 61 (1996) and *Lincoln Property Co. v. Roche*, 126 S. Ct. 606 (2005).

6.	Plaintiff has failed to meet the requirements of invoking this Court's diversity jurisdiction pursuant to 28 U.S.C. §1332. Accordingly, this Court does not have subject matter jurisdiction to hear Plaintiff's case.

7.	Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." In this case, due to the glaring lack of complete diversity between the parties, this Court should dismiss Plaintiff's lawsuit as filed.

8.	Moreover, Plaintiff's filing of a lawsuit in the United States District Court for the District of Columbia does not overcome the fundamental problem concerning complete diversity of Plaintiff and Defendants in this lawsuit. The diversity requirements of 28 U.S.C. §1332 apply to the parties, irrespective of the location of the venue that a plaintiff chooses.

**WHEREFORE**, Defendant Shahram Roudi requests that the Court dismiss Plaintiff's Complaint, with prejudice and award attorneys fees and costs he has incurred herein.

Respectfully submitted,

/s/ S. Ricardo Narvaiz

S. Ricardo Narvaiz
Bar No. 317347
LAW OFFICES OF S. RICARDO NARVAIZ
1300 SPRING STREET, SUITE 500
Silver Spring, Maryland 20910
Telephone: (301) 628-2066
Facsimile: (301) 588-0854
Counsel for Defendant Shahram Roudi