UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUE ANN MAHAFFEY, et al., )<br>)<br>Defendants. ) | Case No. 1:05CV02316<br>Judge Emmet G. Sullivan |

## ORDER

**THE COURT,** having considered the motion to dismiss filed by Defendant Shahram Roudi in the above-captioned action, the record in these proceedings and the opposition of Plaintiff thereto, if any, finds that Plaintiff's motion should be and hereby is, **GRANTED.** Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Court finds that there is not complete diversity between the parties in this case and as a result, the Court does not have subject mater jurisdiction in this case. It is therefore

**ORDERED,** that the complaint filed by Plaintiff David Mead is hereby dismissed.

**IT IS SO ORDERED.**

_____
**JUDGE OF THE UNITED STATES DISTRICT COURT**

Dated: _____

Copies to:

    David Mead
    8204 Moorland Lane
    Bethesda, MD 20817

    Sue Ann Mahaffey
    25 West Middle Lane
    Rockville, MD 20850

    Chao W. Chen
    258 B Market Street East
    Gaithersburg, MD 20878

    Weichert Realtors, Inc.
    225 Littleton Road
    Morris Plains, NJ 07950

    Kathleen Sheeran
    Weichert Realtors
    6610 Rockledge Drive
    Suite 100
    Bethesda, MD 20814

    Michael Jagoda/Parcorp Services, Ltd.
    Royal Investment Group
    13799 Park Boulevard N. #258
    Seminole, FL 33776

    Nasser Shahparast
    Royal Investment Group
    5301 Goldsboro Road
    Bethesda, MD 20817

    Timothy Crowley
    Remax Realtors
    6 Montgomery Village Avenue, #200
    Gaithersburg, MD 20879

    Alan B. Frankle, Esq.
    751 Rockville Pike
    Suite 7
    Rockville, MD 20852