UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

v.                                   CASE # 1:05CV02316      E.G.S

SUE ANN MAHAFFEY, et al

    Defendants

## AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Sue Ann Mahaffey. Attached hereto is the green card and note from Defendant Sue Ann Mahaffey dated January 5, 2006 acknowledging service on December 7, 2005.

[Attached green card / Domestic Return Receipt, PS Form 3811, February 2004]

- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Sue Ann Mahaffey
   Stein Sperling Bennett
   25 West Middle Lane
   Rockville, Md 20850

- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: [signed] — Agent
  - B. Received by (Printed Name): Taylor
  - C. Date of Delivery: 12-7-05
  - D. Is delivery address different from item 1? No

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): No

2. Article Number: 7003 3110 0003 7274 7957

RECEIVED
JAN 06 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
David Mead
8204 Moorland Lane
Bethesda, Maryland 20817

### david mead

| | |
|---|---|
| **From:** | "Sue Ann Mahaffey" <SMahaffey@SteinSperling.com> |
| **To:** | "david mead" <david.mead@comcast.net> |
| **Sent:** | Thursday, January 05, 2006 12:45 PM |
| **Subject:** | Moorland |

Please advise me if you want any of the furniture remaining in Moorland Lane. If so, I will need to make arrangements with you for its removal as soon as possible.

If you had attended the Circuit Court proceeding in December you would be aware that the contract with Kathy Tiong has been released, and the property will be back on the market as soon as some repairs are finished. I would like the remaining furniture out of the property before it is shown again.

I have been out of town for the holidays, but I received a letter from you which indicates you believe you need me to personally sign a receipt for service of your complaint. As I have already filed a responsive motion to your complaint, I have accepted service—you do not need to continue to send certified mail.

Sue Ann Mahaffey, Esquire
Of Counsel: Stein, Sperling, et al.
25 West Middle Lane
Rockville, MD 20850
(301) 838-3219
Fax: (301) 838-3250
smahaffey@steinsperling.com

\*\*\*\*\*\*\*\*\*

1/5/2006