**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION**

RECEIVED

JAN 06 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID MEAD                           )
8204 Moorland Lane                   )
Bethesda, Maryland, 20817            )
                                     )
                    Plaintiff,       )    Case Number 05CV02316
                                     )
Vs.                                  )    Judge Emmet G. Sullivan
                                     )
Sue Ann Mahaffey, et al              )
                                     )
                    Defendant        )
                                     )

## MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and pursuant to this Court's inherent authority, Plaintiff David Mead hereby moves this honorable Court to enlarge the time to file a Motion in Opposition to defendant Mahaffeys' Motion to Dismiss to January 27, 2006. In support of this Motion and in compliance with LCvR7, Plaintiff submits the attached Memorandum of Points and Authorities, including Defendant Mahaffeys' and Mead's communication to plaintiff refusing to consent to extend the time for filing plaintiffs' Motion in opposition (See Exhibit A and B respectively).

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

## CERTIFICATE OF SERVICE
## MOTION TO ENLARGE TIME TO OPPOSE
## MOTION TO DISMISS

I hereby certify that on the January 9, 2006 I mailed a true copy of the Motion to

Enlarge Time, Points and Authorities and support thereof, and a proposed Order to:

Sue Ann Mahaffey
Stein, Sperling and Bennett
25 West Middle Lane
Rockville, Maryland, 20850

Alan Frankle, Lawyer for Yona Mead
751 Rockville Pike #7
Rockville, Md. 20852

David Mead

**MEMORANDUM OF POINT AND AUTHORITIES
IN SUPPORT OF MOTION TO ENLARGE TIME TO JANAUARY 27, 2006 TO FILE
OPPOSITION TO MOTION TO DISMISS**

### I.      Factual Background and Procedural History

Plaintiff David Mead filed this Complaint against Defendants Sue Ann

Mahaffey et al on December 1, 2006.  Defendants' Mahaffey and Mead received a copy

of the Summons and Complaint on December 7, 2005.  On December 22 and December

20, 2005, respectively, Defendants' Mahaffey and Mead filed Motions to Dismiss the

Complaint. Defendant Mead, through defendants' lawyer Alana Frankle claim to have

mailed a copy of their Motion to Plaintiff but Plaintiff did not receive the copy and did

not learn of their Motion until January 3, 2006 upon review of Court documents.

### II.     Argument

**The Time To Oppose the Motion to Dismiss Should Be Enlarged.**

Rule 6 (b) of the Federal Rules of Civil Procedure provides that the Court can

enlarge the time if the request is made before the period originally prescribed where

good cause exists.  Plaintiff has been hampered by holiday closings, holiday mailing

delays and family emergencies during this time to properly research the question of

jurisdiction as the basis for the Motion to Dismiss.   Pursuant to Rule 7 (b), an

opposition to a Motion can be filed within eleven days of the original motion, plus

three days if service was made by mail.  Eleven days from December 22 plus three days

for mailing makes today's' date of January 6, 2006 within the time frame for requesting

the enlargement of time for Defendant Mahaffey.  Defendant Mead has consented to a

January 17, 2006 extension although that is not sufficient time for Plaintiff to prepare an

Opposition.  This brief enlargement of time places Defendants in the same position as

they would be in without causing any undue prejudice to the Defendants'.

### III.    Conclusion

For the foregoing reasons, the Court should enlarge the discovery period to January 27,

2006.

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

DAVID MEAD                          )
8204 Moorland Lane                  )
Bethesda, Maryland, 20817           )
                                    )          Case Number 05CV02316
                  Plaintiff,        )
                                    )          Judge Emmet G. Sullivan
vs.                                 )
                                    )
Sue Ann Mahaffey, et al             )
                                    )
                  Defendant         )
_____)

## ORDER

Upon consideration of Defendant's Motion to Enlarge Discovery Period and

Motion to Continue the Mediation and Pre-Trial Conference, and the entire record

herein, it is hereby

**ORDERED** that Plaintiffs' Motion to Enlarge the Discovery Period is

**GRANTED**.

_____
**Emmet G Sullivan**, Judge

_____
Date

Copies to:

Sue Ann Mahaffey
25 West Middle Lane
Rockville, Maryland, 20850

Alan Frankle, Lawyer for Yona Mead
751 Rockville Pike #7
Rockville, Md. 20852

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824

## david mead

**From:**      "Sue Ann Mahaffey" <SMahaffey@SteinSperling.com>
**To:**        "david mead" <david.mead@comcast.net>
**Sent:**      Thursday, January 05, 2006 3:11 PM
**Subject:**   Your request for an extension of time

I am not able to honor your request for an extension of time.  The suit is improper and should be dismissed as soon as possible.

Sue Ann Mahaffey, Esquire
Of Counsel:  Stein, Sperling, et al.
25 West Middle Lane
Rockville, MD  20850
(301) 838-3219
Fax:  (301) 838-3250
smahaffey@steinsperling.com

*********

**ALAN B. FRANKLE**

ATTORNEY AT LAW
751 ROCKVILLE PIKE
SUITE 7
ROCKVILLE, MD 20852-1142
TELEPHONE: (301) 217-0505  FAX: (301) 294-0508

January 5, 2006

Mr. David Mead

BY FACSIMILE

Re: Mead v. Mahaffey
Case No. 05CV02316

Dear Mr. Mead:

Pursuant to Local Rule 7(b), an opposition to a motion is to be filed within 11 days of the original motion, plus three days if service of the motion was made to you by mail. My motion was filed and served on December 20, 2005, which means that your response is due now. As you are claiming that you did not receive my mailing to you, I have no problem in counting time from the date that Ms. Mahaffey's motion was filed and served, which was December 22, 2005. This would mean that your response would be due tomorrow.

Without an explanation as to why you would need a total of thirty days to respond to a motion that should already have been answered, the most time I am willing to extend to you by consent is another eleven days.

If you wish to have my consent to an extension until January 17, 2006, then please forward the appropriate praecipe to me for my signature.

Sincerely,

Alan B. Frankle