IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUE ANN MAHAFFEY, *et al.* )<br>)<br>Defendants. ) | Case No. 1:05CV02316<br>Judge Emmet G. Sullivan |

**DEFENDANT WEICHERT REALTORS, INC. AND KATHLEEN SHEERAN'S**
<u>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**</u>

Defendants Weichert Realtors, Inc.("Weichert") and Kathleen Sheeran ("Ms. Sheeran") (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, move this Court to dismiss Plaintiff's Complaint against them. In support of this motion, Defendants state as follows:

1. Plaintiff contends that the Court has jurisdiction over this matter pursuant to Section 1332 of Title 28 of the United States Code ("28 U.S.C. §1332"). Complaint at ¶ 1. Accordingly, Plaintiff asserts that the "subject matter is founded on diversity of citizenship." Complaint at ¶ 2.

2. Jurisdiction premised upon diversity of citizenship requires that there be complete diversity between Plaintiff and all Defendants. Complete diversity, however, does not exist. The face of the Complaint reveals that Plaintiff resides in Maryland, and that 6 (six) of the 11 (eleven) defendants also reside in Maryland. The jurisdictional requirement of complete diversity, therefore, is not met and this action cannot be maintained before the Court.

3. Defendants submit herewith their memorandum of points and authorities in support of this motion.

-2-

WHEREFORE, for the foregoing reasons, defendants Weichert Realtors, Inc. and Kathleen Sheeran request that the Court dismiss the Complaint with prejudice, and award such other and further relief as the Court deems equitable.

Respectfully submitted,

_____
Robert C. Gill, D.C. Bar No. 413163
Shannon H. Bates, D.C. Bar No. 480186
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 (facsimile)

Attorneys for Defendants
Weichert Realtors, Inc. & Kathleen Sheeran

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV02316 |
| | ) Judge Emmet G. Sullivan |
| SUE ANN MAHAFFEY, *et al.* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT WEICHERT REALTORS INC. AND KATHLEEN SHEERAN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Weichert Realtors, Inc.("Weichert") and Kathleen Sheeran ("Ms. Sheeran") (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel and in support of their Motion to Dismiss Plaintiff's Complaint, state as follows: Defendants incorporate by reference defendant Shahram Roudi's Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint, and defendant Sue Ann Mahaffey's Memorandum of Points and Authorities in Support of Motion to Dismiss.

WHEREFORE, for the foregoing reasons, defendants Weichert Realtors, Inc. and Kathleen Sheeran request that the Court dismiss the Complaint with prejudice, and award such other and further relief as the Court deems equitable.

-2-

    Respectfully submitted,

    _/s/_____
    Robert C. Gill, D.C. Bar No. 413163
    Shannon H. Bates, D.C. Bar No. 480186
    SAUL EWING, LLP
    1025 Thomas Jefferson Street, N.W.
    Suite 425W
    Washington, D.C. 20007
    (202) 295-6600
    (202) 295-6700 (facsimile)

    Attorneys for Defendants
    Weichert Realtors, Inc. & Kathleen Sheeran

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of January, 2006, true copies of the foregoing were served by first class U.S. Mail, postage prepaid, on:

David Mead
8204 Moorland Land
Bethesda, Maryland 20817

Sue Ann Mahaffey
25 West Middle Lane
Rockville, Maryland 20850

S. Ricardo Narvaiz
Law Offices of S. Ricardo Narvaiz
1300 Spring Street
Suite 500
Silver Spring, Maryland 20910

Chao W. Chen
258 B Market Street East
Gaithersburg, Maryland 20878

Michael Jagoda/Parcorp Services, Ltd.
Royal Investment Group LLC
13799 Park Boulevard N. #258
Seminole, Florida 33776

Nasser Shahparast
Royal Investment Group LLC
5301 Goldsboro Road
Bethesda, Maryland 20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Alan B. Frankle, Esq.
751 Rockville Pike
Suite 7
Rockville, Maryland 20852

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Yona Mead
5176 Linnean Terrace, NW
Washington, D.C. 20008

_____
Robert C. Gill