UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

    v.                                         CASE # 1:05CV02316    (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Kathleen Sheeran**. Attached is the green card acknowledging service on **December 7, 2005.**

[Green card / PS Form 3811 Domestic Return Receipt addressed to:
Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive #100
Rockville, Md. 20814
Article Number: 7003 3110 0003 7274 8851
Received by: THOMAS, Date of Delivery: 12/7/05]

David Mead, Pro Se
8204 Moorland Lane
Bethesda, Md. 20817
P.O. Box 30006, Bethesda, Md. 20824
301. 656. 5011

RECEIVED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT