UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

    v.                                                CASE # 1:05CV02316     (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to **Weichert Realtors**. Attached is the green card acknowledging service on **December 8, 2005**.

[Green card / Domestic Return Receipt attached:
- Article Addressed to: Weichert Realtors, 6610 Rockledge Drive #100, Bethesda, MD 20814
- Signature: D. Thomas
- Date of Delivery: 12/8/05
- Service Type: Certified Mail
- Article Number: 7003 3110 0003 7274 7988
- PS Form 3811, February 2004]

David Mead, Pro Se
8204 Moorland Lane
Bethesda, Md. 20817
P.O. Box 30006, Bethesda, Md. 20824
301. 656. 5011

RECEIVED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT