# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVE

JAN 2 7 2006

NANCY MAYER WHITTINGTON, CLER.
U.S. DISTRICT COURT

| | |
|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817 | )<br>)<br>)<br>) |
| Plaintiff, Pro Se | )<br>) |
| Vs. | )<br>) |
| Sue Ann Mahaffey, et al. | )<br>) |
| Defendant | )<br>) |

Case Number 05CV02316

(EGS)

## Motion For Leave to Amend the Complaint

Pursuant to LCvR 15(a) and (b) of the Local Rules the Federal Rules of Civil Procedure and this Court's inherent authority, Plaintiff David Mead, Pro Se hereby moves this Honorable Court for leave to Amend the complaint. The Amended complaint is necessary to: (1) voluntarily add a second plaintiff to the complaint who has been victimized by civil rights violations and abuses under 42 U.S.C. 1985 as captioned and detailed in the original complaint; (2) add another named defendant to the complaint (Parcorp Services, Ltd) which is the principal of defendant "Royal Investment Services, LLC", a fraudulently registered Maryland LLC and whose elusiveness and location has only recently been discovered; and (3) to clarify and further ground the substantive jurisdictional basis that was not fully articulated in the original complaint.

Respectfully submitted,

David Mead
8204 Moorland Lane, Bethesda, Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

## MEMORANDUM OF POINT AND AUTHORITIES
## IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

### I.      Factual Background

Plaintiff David Mead filed this Complaint against Defendants Sue Ann

Mahaffey et al on December 1, 2006.  At the time of filing, (1) one of the now plaintiffs'

was not adequately identified, which the Amended Complaint now properly identifies;

(2) one of the defendants (Royal Investment Services, LLC) had given fraudulent

registered data to the Maryland Department of Taxation and Assessments regarding

the principals' name and address, which the Amended Complaint updates and

identifies; and, (3) the jurisdictional basis was not fully discussed which the Amended

Complaint more properly articulates.

### II.      Argument

**The Motion for Leave to Amend the Complaint Should be Granted.**

Rule LCvR 15(a) and (b) of the Local Rules the Federal Rules of Civil Procedure

provides that pleadings can be Amended by Leave of Court and that leave shall be

freely given when justice so requires.  The Amended Complaint updates and clarifies

substantive facts and text to fully articulate and fully identify both the parties and the

jurisdictional basis for bringing the complaint.  By so doing, justice will be better

served.


### III.      Conclusion

For the foregoing reasons, the Court should grant plaintiffs' Motion for Leave to

Amend the Complaint

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

## CERTIFICATE OF SERVICE
## MOTION FOR LEAVE TO AMEND COMPLAINT

I hereby certify that on the January 30, 2006 I mailed a true copy of the Motion for Leave to Amend Complaint with Points and Authorities and proposed Order to:

Sue Ann Mahaffey
Stein, Sperling and Bennett, Etc
25 West Middle Lane
Rockville, Maryland, 20850

Shahram Roudi
First Nationwide Management
and Leasing, Inc.
5125 MacArthur Boulevard, # Suite 41
Washington, D.C. 20016

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Weichert Realtors, Inc.
225 Littleton Road,
Morris Plains, New Jersey, 07950

Kathleen Sheeran, Agent
Weichert Realtors
6610 Rockledge Drive, Suite 100
Bethesda, Maryland 20814

Nasser Shahparast, Agent,
Royal Investment Group LLC
5301 Goldsboro Road
Bethesda, Md., 20817

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. # 258
Seminole, Florida, 33776

Timothy Crowley, Principal
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879.

Kathleen Tiong, Agent  Remax Realtors
6 Montgomery Village Avenue, # 200
Gaithersburg, Maryland 20879

Yona Mead
5176 Linnean Terrace, N.W.
Washington, D.C 20008

DAVID MEAD