UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817<br><br>  Plaintiff,<br>vs.<br><br>Sue Ann Mahaffey, et al<br><br>  Defendant | Case Number 05CV02316<br><br>Judge Emmet G. Sullivan |

## ORDER

Upon consideration of Defendant's Motion for Leave to Amend the Complaint herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint is **GRANTED.**

_____
**Emmet G Sullivan**, Judge

_____
Date

Copies to:

Sue Ann Mahaffey
Stein, Sperling and Bennett, Etc
25 West Middle Lane
Rockville, Maryland, 20850

Shahram Roudi
First Nationwide Management
and Leasing, Inc.
5125 MacArthur Boulevard, # Suite 41

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. # 258
Seminole, Florida, 33776

Timothy Crowley, Principal
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879.

Washington, D.C. 20016

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Weichert Realtors, Inc.
225 Littleton Road,
Morris Plains, New Jersey, 07950

Kathleen Sheeran, Agent
Weichert Realtors
6610 Rockledge Drive, Suite 100
Bethesda, Maryland 20814

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824

Kathleen Tiong, Agent  Remax Realtors
6 Montgomery Village Avenue, # 200
Gaithersburg, Maryland 20879

Yona Mead
5176 Linnean Terrace, N.W.
Washington, D.C 20008

Nasser Shahparast, Agent,
Royal Investment Group LLC
5301 Goldsboro Road
Bethesda, Md., 20817