UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD ) | |
|     Plaintiff ) | |
|   vs. ) | Case No. 1:05CV02316 |
| SUE ANN MAHAFFEY, et al. ) | Judge Emmet G. Sullivan |
|     Defendant ) | |

**OPPOSITION OF DEFENDANT YONA MEAD TO MOTION FOR LEAVE TO AMEND**

Comes now the Defendant, YONA MEAD, and opposes the Motion filed by the Plaintiff David Mead for leave to amend his Complaint, and as reasons therefor, states as follows:

1. David Mead filed a Complaint in this matter alleging several causes of actions against the Defendant. It was apparent on the face of that Complaint that this Court lacked subject matter jurisdiction as a result of the lack of diversity among the Plaintiff and Defendants. This Defendant, and other Defendants, filed Motions to Dismiss this Complaint.

2. In response to the Motions to Dismiss, and after being granted an extension of time within which to respond to the Motions to Dismiss, the Plaintiff filed a Motion for Leave to File Amended Complaint and an Amended Complaint. While Rule 15 allows for such leave to be freely given "when justice so requires," it is plain from the face of the Amended Complaint that the Plaintiff has failed to allege any new cause of action that would repair the lack of subject matter jurisdiction. In short, as will be more fully explained below, Plaintiff's Amended Complaint is nothing more than a sham and

an attempt to bootstrap his failed attempt to invoke the jurisdiction of this court upon a defective allegation of federal question jurisdiction.

3. The Plaintiff's Amended Complaint adds "Jenise McRae" as a party Plaintiff. The only identification of "Jenise McRae" in the Amended Complaint appears in Paragraph 3a where she is described as "a victim of several 42 U.S.C. violations expressly detailed in the original complaint." Neither the original Complaint nor the Amended Complaint contains any factual reference to "Jenise McRae." In fact, this Defendant, who has been dealing with Plaintiff David Mead in these various matters for several years, has never heard of "Jenise McRae."[1]

4. There are no factual allegations concerning the additional Plaintiff "Jenise McRae" there is no basis for Counts Three or Four added in the Amended Complaint.

5. Even assuming, for purposes of argument, that "Jenise McRae" is a person protected by 42 U.S.C., such that she may be able to invoke this court's federal question jurisdiction, it is clear that the Plaintiff David Mead is not. The interests and claims of Mr. Mead and "Jenise McRae" are not the same–in fact, they are mutually exclusive. Mr. Mead's claims do not arise out of 42 U.S.C. and, as a result, he has no legitimate basis to invoke the federal question jurisdiction of this court. Jurisdiction to hear his claims before this court continues to rest solely on its diversity jurisdiction. As is more fully set forth in this Defendant's Motion to Dismiss, complete diversity

---

[1] The original and Amended Complaints contain allegations of fact concerning "Denise McRae," and an affidavit dated August 2003 signed by Denise McRae is attached to Plaintiff's Memorandum in Opposition to Motion to Dismiss filed herein. There is no resemblance between the signature on the affidavit of Denise McRae and the signature on the Amended Complaint of "Jenise McRae."

does not exist. The door to this courthouse remain barred to Mr. Mead's claims and causes of action. The Amended Complaint does nothing to cure the defects of the original Complaint.

6. As a result of the lack of factual allegations concerning "Jenise McRae," the failure of Mr. Mead to correct the jurisdictional defects of his original Complaint and his clear and wanton attempt to invoke jurisdiction of his diversity-based claims upon the allegations of federal question jurisdiction of another person, it is clear that justice does not require that leave to amend be given to the Plaintiff. In fact, under these circumstances it would be an injustice to do so.

                              Respectfully submitted,

                              /s/ Alan B. Frankle
                              ALAN B. FRANKLE    Bar #251173
                              751 Rockville Pike
                              Suite 7
                              Rockville, MD 20852
                              (301) 217-0505
                              (301) 294-0508 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID MEAD** ) | |
|     **Plaintiff** ) | |
|     vs. ) | Case No. 1:05CV02316 |
| **SUE ANN MAHAFFEY, et al.** ) | Judge Emmet G. Sullivan |
|     **Defendant** ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT YONA MEAD'S OPPOSITION TO MOTION FOR LEAVE TO AMEND**

1. Rule 15 of the Rules of this Court

2. 28 U.S.C. §1331 - Federal Question Jurisdiction

3. 20 U.S.C. §1332 - Diversity Jurisdiction

4. Proposed Amended Complaint filed by the Plaintiff, David Mead

5. The record herein.

                                                  Respectfully submitted,

                                                  /s/ Alan B. Frankle
                                                  ALAN B. FRANKLE   Bar #251173
                                                  751 Rockville Pike
                                                  Suite 7
                                                  Rockville, MD 20852
                                                  (301) 217-0505
                                                  (301) 294-0508 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true copy of the foregoing Opposition of Defendant Yona Mead to Motion for Leave to Amend, Points and Authorities in support thereof and a proposed order by first class mail, postage prepaid, this 15th day of February, 2006, to the following:

David Mead
8204 Moorland Lane
Bethesda, MD 20817
Plaintiff, pro se

S. Ricardo Narvaiz
1300 Spring Street, Suite 500
Silver Spring, Maryland 20910

Attorneys for Defendant Shahram Roudi

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Weichert Realtors, Inc.
225 Littleton Road
Morris Plains, NJ 07950

Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive
Suite 100
Bethesda, Maryland 20814

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida 33776

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida 33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland 20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

SueAnn Mahaffey, pro se
25 West Middle Lane
Rockville, Maryland 20850

   /s/ Alan B. Frankle
ALAN B. FRANKLE