UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID MEAD** | ) | |
| **Plaintiff** | ) | |
| vs. | ) | Case No. 1:05CV02316 |
| **SUE ANN MAHAFFEY, et al.** | ) | Judge Emmet G. Sullivan |
| **Defendant** | ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND

UPON CONSIDERATION of the Plaintiff's Motion for Leave to Amend his Complaint, Defendant Yona Mead's Opposition thereto, and the record herein, it appearing to the court that justice does not require that the Plaintiff be allowed leave to amend his complaint where the proposed amended complaint fails to cure the defects of his original complaint,   it is, this ___ day of _____, 2006, by the United States District Court for the District of Columbia

ORDERED, that the Plaintiff's Motion for Leave to Amend Complaint be and hereby is denied.

_____
**EMMET G. SULLIVAN, JUDGE**
United States District Court for the
District of Columbia

Copies to:

Alan B. Frankle, Esquire
751 Rockville Pike
Suite 7
Rockville, MD 20852

David Mead
8204 Moorland Lane
Bethesda, MD 20817

S. Ricardo Narvaiz, Esquire
1300 Spring Street, Suite 500
Silver Spring, Maryland 20910

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Weichert Realtors, Inc.
225 Littleton Road
Morris Plains, NJ 07950

Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive
Suite 100
Bethesda, Maryland 20814

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida 33776

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida 33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland 20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Sue Ann Mahaffey
25 West Middle Lane
Rockville, MD 20850