**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID MEAD : | |
| : | |
| Plaintiff : | |
| : | Case No. 1:05CV02316 |
| v. : | |
| : | Judge Emmet G. Sullivan |
| SUE ANN MAHAFFEY, et al. : | |
| : | |
| Defendant : | |

## OPPOSITION TO MOTION FOR LEAVE TO AMEND

Comes now the Defendant, SUE ANN MAHAFFEY, in opposition to Plaintiff's Motion for Leave to Amend the Complaint, opposes the addition of the Plaintiff "Jenise McRae", and the inclusion of Counts Three and Four of the Amended Complaint, and for grounds states as follows:

1. Plaintiff filed his Motion for Leave to Amend the Complaint on January 27, 2006. He served the Motion by letter mailed February 1, 2006. No copy of the Amended Complaint was included, as required by LCvR 15.1, and the Defendant was forced to obtain the new complaint from another defendant to respond to Plaintiff's Motion. (Copy of Plaintiff's letter of service is attached as Exhibit 1.)

2. Plaintiff Jenise McRae is identified in paragraph 3a of the amended complaint as a "victim of several 42 U.S.C. violations expressly detailed in the original complaint".

3. Neither the original complaint, nor the amended complaint contains any factual reference to "Jenise McRae". The defendant, in fact, has never heard of a "Jenise McRae".

The original and amended complaints contain allegations of fact concerning Denise McRae, and an affidavit dated August, 2003 signed by Denise McRae is attached to Plaintiff's Memorandum in Opposition to Motion to Dismiss filed herein. There is no resemblance

between the signature on the affidavit of Denise McRae and the signature on the amended complaint of "Jenise McRae".

    4.    With no factual allegations concerning the additional plaintiff "Jenise McRae" there is no basis for Counts Three and Four added in the amended complaint.

WHEREFORE, Defendant Sue Ann Mahaffey requests that Plaintiff's Motion for Leave to Amend be denied as to the addition of "Jenise McRae" as a plaintiff and the addition of Counts Three and Four.

    Respectfully submitted,

By: _____
Sue Ann Mahaffey, pro se
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

Defendant

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of February, 2006, a copy of the foregoing was mailed, first class, postage prepaid, to the following person(s):

David Mead
8204 Moorland Lane
Bethesda, MD 20817
Plaintiff, pro se

S. Ricardo Narvaiz
1300 Spring Street, Suite 500
Silver Spring, Maryland  20910
Attorneys for Defendant Shahram Roudi

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland  20878

Weichert Realtors, Inc.
225 Littleton Road
Morris Plains, NJ   07950

Kathleen Sheeran
Weichert Realtors
6610 Rockledge Drive
Suite 100
Bethesda, Maryland  20814

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida  33776

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida  33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland  20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland  20879

Alan B. Frankle, Esquire
751 Rockville Pike
Suite 7
Rockville, MD 20852

_____
Sue Ann Mahaffey

L:\CLIENTS\M\MONT-CO.CRT\MISCELLANEOUS\Mead-Trustee.008\U.S. District Court\179 opp.mot.amend.doc