# David Mead
## 8204 Moorland Lane, Bethesda, Md. 20817
## P.O. Box 30006, Bethesda, Md. 20824
## 301. 656. 2516 (o) 301.656.1593 (f)david.mead@comcast.net

---

February 1, 2006

Ms. S.A. Mahaffey
Stein, Sperling, Bennett, etc.
25 West Middle Lane
Rockville, Maryland 20850

                        Re:    Federal District Court # 1:05CV02316

Dear Ms. Mahaffey:

    Attached are copies of Memorandum in Opposition to Motion to Dismiss and Motion to Amend the Complaint.

    It is my belief that the attached will adequately address the jurisdictional issue raised in your motion to dismiss and will sustain my opposition to the dismissal of the case in the U.S. District Court. I thought with so many defendants it was the best forum to try the case. However, if the Court determines that there is not jurisdiction, I will simply walk across the street and re-file the complaint in the Superior Court of the District of Columbia, using less stringent rules to obtain personal jurisdiction over the defendants.

    Incidentally, the federal rules of civil procedure require the early setting up of meetings of counsel. Please check your calendar and advise me at your earliest of a convenient date, place and time to meet.

                                                      Sincerely,

                                                      David Mead