UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

DAVID MEAD )
8204 Moorland Lane )
Bethesda, Maryland, 20817 )
) Case Number 05CV02316
Plaintiff, )
Vs. ) (EGS)
)
Sue Ann Mahaffey, et al )
)
Defendant )
)

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55 (a) (b) (2) of the Federal Rules of Civil Procedure and this Court's inherent authority, Plaintiff David Mead hereby moves this honorable Court to enter a Default Judgment against Defendants' Kathy Tiong and Timothy Crowley. In support of this Motion and in compliance with LCvR7, Plaintiff submits the attached Memorandum of Points and Authorities, including the Courts' Civil Docket Report (Exhibit "A" #9, 10) and Affidavits of Service (Exhibits B and C).

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)



RECEIVED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE
## MOTION FOR DEFAULT JUDGMENT

I hereby certify that on the February 22, 2006 I mailed a true copy of the Motion For Default Judgment, Points and Authorities and support thereof, and a proposed Order to:

Kathy Tiong, Agent
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879

Timothy (Ken) Crowley, Principal
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879

_____
David Mead

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

DAVID MEAD )
8204 Moorland Lane )
Bethesda, Maryland, 20817 )
 )  Case Number 05CV02316
         Plaintiff, )
Vs. )  (EGS)
 )
Sue Ann Mahaffey, et al )
 )
         Defendant )
 )

## MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff, DAVID MEAD, Pro Se, and as for his Memorandum of Points and Authorities in support of the Motion for Default Judgment states as follows:

1. Plaintiff filed this Complaint against Defendants Sue Ann Mahaffey et al, including Kathy Tiong and Timothy Crowley, on December 1, 2006.

2. On December 7, 2005, defendants' Kathy Tiong and Timothy Crowley were duly served a copy of the summons and complaint. (see exhibits "B" and "C").

3. On January 3, 2006, service of process on defendant's Kathy Tiong and Timothy Crowley was entered in the Court Document Record (See Exhibit "A" #'9, 10), with answers due from defendants by December 27, 2005.

4. From December 27, 2005 through February 22, 2006 (57 days), defendants' Kathy Tiong and Timothy Crowley failed to plead or otherwise defend in accordance with this Courts' rules.

5.   In accordance with Rule 55 (a) (b) (2) of the Federal Rules of Civil Procedure, when a party fails to plead or otherwise defend as provided by these rules, and that fact is made to appear by affidavit, the Clerk shall enter the parties default.

6.   Good cause exists to enter Default Judgments on defendants Kathy Tiong and Timothy Crowley.

For the foregoing reasons, the plaintiff prays that this Court enter Default Judgments on defendants' Kathy Tiong and Timothy Crowley.

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)