

JURY, PROSE-NP, TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:05-cv-02316-EGS
# Internal Use Only

MEAD v. MAHAFFEY et al
Assigned to: Judge Emmet G. Sullivan
Demand: $2,000,000
Cause: 28:1331 Fed. Question

Date Filed: 12/01/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**DAVID MEAD** represented by **DAVID MEAD**
8204 Moorland Lane
Bethesda, MD 20817
(301) 656-5011
PRO SE

V.

**Defendant**

**SUE ANN MAHAFFEY**

**Defendant**

**SHAHRAM ROUDI** represented by **Santiago Ricardo Narvaiz**
1300 Spring Street
Suite 500
Silver Spring, MD 20910
(301) 628-2066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHAO W. CHEN**

**Defendant**

**WEICHERT REALTORS, INC.**     represented by    **Robert C. Gill**
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC 20007
(202) 295-6605
Fax: (202) 295-6705
Email: rgill@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KATHLEEN SHEERAN**     represented by    **Robert C. Gill**
*Agent, Weichert Realtors*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL J. JAGODA**

**Defendant**

**NASSER SHAHPARAST**
*Agent, Royal Investment Group LLC*

**Defendant**

**ROYAL INVESTMENT GROUP LLC**
*also known as*
**FORECLOSURE REAL ESTATE**

**Defendant**

**TIMOTHY CROWLEY**
*Principal, Remax Realtors*

**Defendant**

**KATHLEEN TIONG**
*Agent, Remax Realtors*

**Defendant**

**YONA MEAD**            represented by **Alan B. Frankle**
751 Rockville Pike
Suite 7
Rockville, MD 20852
(301) 217-0505
Fax: (301) 294-0508
Email: franklelaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2005 | 1 | COMPLAINT against ROYAL INVESTMENT GROUP LLC, TIMOTHY CROWLEY, KATHLEEN TIONG, YONA MEAD, SUE ANN MAHAFFEY, SHAHRAM ROUDI, CHAO W. CHEN, WEICHERT REALTORS, INC., KATHLEEN SHEERAN, MICHAEL J. JAGODA, NASSER SHAHPARAST (Filing fee $ 250) filed by DAVID MEAD. (Attachments: # 1 Exhibit A thru J)(jf, ) (Entered: 12/13/2005) |
| 12/01/2005 |  | Summons (11) Issued as to ROYAL INVESTMENT GROUP LLC, TIMOTHY CROWLEY, KATHLEEN TIONG, YONA MEAD, SUE ANN MAHAFFEY, SHAHRAM ROUDI, CHAO W. CHEN, WEICHERT REALTORS, INC., KATHLEEN SHEERAN, MICHAEL J. JAGODA, NASSER SHAHPARAST. (jf, ) Modified on 12/19/2005 (ks, ). (Entered: 12/13/2005) |
| 12/20/2005 | 2 | NOTICE of Appearance by Alan B. Frankle on behalf of YONA MEAD (Frankle, Alan) (Entered: 12/20/2005) |

| | | |
|---|---|---|
| 12/20/2005 | 3 | MOTION to Dismiss for Lack of Jurisdiction by YONA MEAD. (Attachments: # 1 Certificate of Service of Motion to Dismiss# 2 Proposed Order)(Frankle, Alan) (Entered: 12/20/2005) |
| 12/22/2005 | 4 | MOTION to Dismiss by SUE ANN MAHAFFEY. (Attachments: # 1 Memorandum of Points and Authorities# 2 Text of Proposed Order # 3)(td, ) (Entered: 12/28/2005) |
| 12/28/2005 | 5 | ANSWER to Complaint by CHAO W. CHEN.(td, ) (Entered: 12/30/2005) |
| 12/28/2005 | 6 | MOTION to Dismiss with prejudice by CHAO W. CHEN; (see document no. 5 for image) (td, ) (Entered: 12/30/2005) |
| 12/29/2005 | 12 | MOTION to Dismiss by SHAHRAM ROUDI. (Attachments: # 1 Text of Proposed Order)(nmw, ) (Entered: 01/06/2006) |
| 01/03/2006 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SHAHRAM ROUDI served on 12/9/2005, answer due 12/29/2005 (td, ) (Entered: 01/03/2006) |
| 01/03/2006 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. YONA MEAD served on 12/7/2005, answer due 12/27/2005 (td, ) (Entered: 01/03/2006) |
| 01/03/2006 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KATHLEEN TIONG served on 12/7/2005, answer due 12/27/2005 (td, ) (Entered: 01/03/2006) |
| 01/03/2006 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TIMOTHY CROWLEY served on 12/7/2005, answer due 12/27/2005 (td, ) (Entered: 01/03/2006) |
| 01/03/2006 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and |

| | | |
|---|---|---|
| | | Complaint Executed. CHAO W. CHEN served on 12/9/2005, answer due 12/29/2005 (td, ) (Entered: 01/03/2006) |
| 01/06/2006 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SUE ANN MAHAFFEY served on 12/7/2005, answer due 12/27/2005 (td, ) (Entered: 01/09/2006) |
| 01/06/2006 | 14 | MOTION for Extension of Time to respond to motion to dismiss by DAVID MEAD. (td, ) (Entered: 01/09/2006) |
| 01/11/2006 | | MINUTE ORDER granting 14 Plaintiff's Motion for Extension of Time to File Response. Plaintiff's opposition to defendant Mahaffey's motion to dismiss is due no later than January 27, 2006. Signed by Judge Emmet G. Sullivan on January 11, 2006. (lcegs2) (Entered: 01/11/2006) |
| 01/12/2006 | | Set/Reset Deadlines: Response to Dispositive Motions due by 1/27/2006. (clv, ) (Entered: 01/12/2006) |
| 01/13/2006 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KATHLEEN SHEERAN served on 12/7/2005, answer due 12/27/2005 (td, ) (Entered: 01/19/2006) |
| 01/13/2006 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WEICHERT REALTORS, INC. served on 12/8/2005, answer due 12/28/2005 (td, ) (Entered: 01/19/2006) |
| 01/18/2006 | 15 | MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss Plaintiff's Complaint* by WEICHERT REALTORS, INC., KATHLEEN SHEERAN. (Gill, Robert) (Entered: 01/18/2006) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

"B"

**DAVID MEAD**

    Plaintiff

  v.                                       CASE # 1:05CV02316    E.G.S

**SUE ANN MAHAFFEY, et al**

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Kathy Tiong. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kathy Tiong
    Remax Realtors
    6 Montgomery Villag Ave #200
    Gaithersburg Md. 20879

2. Article Number (Transfer from service label)

    7003 3110 0003 7274 8169

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    12-7-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

*[signature]*

David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

"C"

**DAVID MEAD**

    Plaintiff

v.                                        CASE # 1:05CV02316     E.G.S

**SUE ANN MAHAFFEY, et al**

    Defendants

**AFFIDAVIT OF SERVICE**

I, David Mead, hereby declare that on the December 6, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Kathy Tiong. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt - PS Form 3811, February 2004]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathy Tiong
Remax Realtors
6 Montgomery Village Ave #200
Gaithersburg Md. 20879

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 12/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 7274 8169

102595-02-M-1540

[signature]
David Mead
8204 Moorland Lane
Bethesda, Maryland 20817
301. 656. 5011