UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

DAVID MEAD )
8204 Moorland Lane )
Bethesda, Maryland, 20817 )
) Case Number 05CV02316
Plaintiff, )
vs. ) (EGS)
)
Sue Ann Mahaffey, et al )
)
Defendant )

## ORDER

Upon consideration of Defendant's Motion for Default Judgment and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment against Defendants' Kathy Tiong and Timothy Crowley is **GRANTED**.

_____
**Emmet G Sullivan**, Judge

_____
Date

Copies to:

Kathy Tiong, Agent
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879

Timothy (Ken) Crowley, Principal
Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824