## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2316 (EGS) |
| | ) |
| SUE ANN MAHAFFEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**O R D E R**

Plaintiff commenced this action on December 1, 2005. As of today's date, defendants Kathy Tiong and Timothy Crowley have failed to file any responsive pleading or seek any extension of time to do so. Accordingly, the Court **GRANTS** plaintiff's Motion for Default Judgment against defendants Kathy Tiong and Timothy Crowley, pursuant to Fed. R. Civ. P. 55(a), and it is hereby

**ORDERED** that the Clerk of the Court is directed to enter a default against defendants Kathy Tiong and Timothy Crowley.

**IT IS SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**February 24, 2006**