UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff
v.                                         CASE # 1:05CV02316    (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

## AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the February 25, 2006, I mailed a copy of he summons and complaint, certified mail return receipt requested, **to Royal Investment Group, LLC, c/o The Maryland Department of Taxation and Assessments.** After nine(9) separate but failed attempts by special process service to serve the registered agent, Nasser Shahparast at 5301 Goldsboro Road, Bethesda, Md., 20817, the Dept. of Taxation and Assessments has officially acted to accept service for the LLC. Attached is the green card acknowledging service on **February 27, 2005.**

[Domestic Return Receipt - PS Form 3811 showing article addressed to: Royal Investment Group LLC, c/o Md Dept. Tax and Assessments, 301 West Preston St Room 801, Balt. Md 21201-2395. Article Number: 7005 1820 0006 3274 6250]

RECEIVED
MAR - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Mead, Pro Se
8204 Moorland Lane
Bethesda, Md. 20817
P.O. Box 30006, Bethesda, Md. 20824
301. 656. 5011