UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

    v.                                      CASE # 1:05CV02316    (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, David Mead, hereby declare that on the February 25, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Parcorp Services, Ltd., principal of record for co-defendant "Royal Investment Services LLC., a/k/a "Foreclosure Real Estate Services, LLC". Parcorp Services had listed its address at 13799 Park Boulevard, Seminole Florida 33776 which is false. The real address is 931 West 75th Street, #137-317, Naperville, Illinois 60565. Attached hereto is the green card acknowledging service on **February 27, 2005.**

[Attached: PS Form 3811 Domestic Return Receipt, addressed to: Parcorp Services, David Sorinth, Michael Jagoda, Parcorp Services Ltd. Corp, 931 West 75th St, #137-317, Naperville, Illinois 60565-7202. Article Number: 7005 1820 0006 3274 6274. Date of Delivery: 2/27/06. Received by: Scott K. Tusky.]

David Mead, Pro Se
P.O. Box 30006, Bethesda, Md. 20824
8204 Moorland Lane, Beth, Md. 20817
301/ 656. 2516 (o)  301/656.1593 (f)

RECEIVED
MAR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT