## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817 | ) ) ) ) | |
| Plaintiff, | ) | Case Number 05CV02316 |
| Vs. | ) ) | (EGS) |
| Sue Ann Mahaffey, et al. | ) ) ) | |
| Defendant | ) ) | |

### Notice of Filing

On March 1, 2006, Plaintiff filed a Memorandum to Opposition to Motion for Leave

to Amend.  Paragraph 1 stated the only change in the Amended Complaint was "adding

Jenise McRae as Plaintiff".  The Memorandum should also have stated that Section 1.

JURISDICTION was further amended by adding "42 U.S.C. Section 1985,  28 U.S.C. 2201

and 2202,  11 U.S.C 46 and 1990 Congressional Statute Supplemental Jurisdiction" in the

Amended Complaint.  Counts Three and Four were fully expressed in the original

Complaint Counts  but not articulated in section 1. JURISDICTION.

Respectfully submitted,

David Mead
P.O. Box 30006 Bethesda, Md. 20824
(8204 Moorland Lane, Bethesda, Md. 20817)
301/ 656. 2516 (o) 301/656.1593 (f)

RECEIVED

MAR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE
## NOTICE OF FILING

I hereby certify that on the March 4, 2006 I mailed a true copy of this Notice of Filing to:

Sue Ann Mahaffey
Stein, Sperling and Bennett
25 West Middle Lane
Rockville, Maryland, 20850

S. Ricardo Narvais
1300 Spring Street #500
Silver Spring, Md. 20910
Lawyer for Shahram Roudi

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Weichert Realtors,
225 Littleton Road,
Morris Plains, New Jersey, 07950

Kathleen Sheeran, Agent
Weichert Realtors
6610 Rockledge Drive, Suite 100
Bethesda, Maryland 20814

Nasser Shahparast, Agent
Royal Investment Group LLC
5301 Goldsboro Road
Bethesda, Md., 20817

Royal Investment Group, LLC,
a/k/a Foreclosure Real Estate
c/o Md. Dept. Taxation and Assessments
301 West Preston St. Room 801
Baltimore, Md. 21201-2395

Timothy (Ken) Crowley, Remax Realtors
6 Montgomery Village Avenue #200
Gaithersburg, Maryland 20879

Kathleen Tiong, Agent  Remax Realtors
6 Montgomery Village Avenue, # 200
Gaithersburg, Maryland 20879

Alan Frankle
751 Rockville Pike #7
Rockville, Md. 20852

Jenise McRae
1814 North Capitol St., N.W. #3
Washington, D.C. 20001

Parcorp Services, Ltd, Inc.
3108 South Route 59 #124-363
Naperville, Illinois 60564

DAVID MEAD