UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD )
    Plaintiff )
  vs. ) Case No. 1:05CV02316
SUE ANN MAHAFFEY, et al. ) Judge Emmet G. Sullivan
    Defendant )

### REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Comes now the Defendant, YONA MEAD, and replies to the Defendant's as reasons therefor, states as follows:

1. Plaintiff David Mead is not an attorney at law and, as such, he cannot represent any other party's interests with respect to the issues raised in this matter. Notwithstanding this fact, Mr. Mead's Memorandum solely discusses the foundation of the claims of Ms. Jenise McRae, and those of the non-parties, "McRae and Ross families" allegedly arising out of violations of 42 U.S.C.  He fails to raise any basis for his own claims against the various Defendants or how he may be have been harmed by actions taken in violation of the federal statutes.

2. While Ms. Jenise McRae may be a person protected by the requirements of 42 U.S.C., Mr. Mead is not.  There is not one allegation made in either his complaint or in his amended complaint that provides Mr. Mead with any action arising under federal law or the constitution that would enable this court to grant him access to the federal question jurisdiction of this court.

3. Mr. Mead's amended complaint and his Memorandum are a rather

transparent attempt by Mr. Mead to attempt to "bootstrap" his claims, upon which neither federal question nor diversity jurisdiction lie, on to the alleged federal question claims of Jenise McRae.   His arguments on behalf of Ms. McRae, or on behalf of anyone else are improper and should not be used by this court as a basis for allowing Mr. Mead to continue to proceed with his complaint in this matter.

                                               Respectfully submitted,

                                       /s/ Alan B. Frankle
                                       ALAN B. FRANKLE   Bar #251173
                                       751 Rockville Pike
                                       Suite 7
                                       Rockville, MD 20852
                                       (301) 217-0505
                                       (301) 294-0508 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAVID MEAD** | ) | |
|     **Plaintiff** | ) | |
|   vs. | ) | Case No. 1:05CV02316 |
| **SUE ANN MAHAFFEY, et al.** | ) | Judge Emmet G. Sullivan |
|     **Defendant** | ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT YONA MEAD'S OPPOSITION TO MOTION FOR LEAVE TO AMEND**

    1.    Memorandum to Defendant's Opposition to Plaintiffs' Motion for Leave to Amend

    2.    The record herein.

                                       Respectfully submitted,

                                       /s/ Alan B. Frankle
                                       ALAN B. FRANKLE   Bar #251173
                                       751 Rockville Pike
                                       Suite 7
                                       Rockville, MD 20852
                                       (301) 217-0505
                                       (301) 294-0508 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true copy of the foregoing Opposition of Defendant Yona Mead to Motion for Leave to Amend, Points and Authorities in support thereof and a proposed order by first class mail, postage prepaid, this 13th day of March, 2006, to the following:

David Mead
P.O. Box 30006
Bethesda, MD 20824
Plaintiff, pro se

S. Ricardo Narvaiz
1300 Spring Street, Suite 500
Silver Spring, Maryland 20910

Attorneys for Defendant Shahram Roudi

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Robert C. Gill
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC 20007

Attorneys for Weichert Realors, Inc and
Kathleen Sheeren

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida 33776

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida 33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland 20817

Timothy Crowley
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

SueAnn Mahaffey, pro se
25 West Middle Lane
Rockville, Maryland 20850

                                              /s/ Alan B. Frankle
                                              ALAN B. FRANKLE

Case 1:05-cv-02316-EGS    Document 29    Filed 03/13/2006    Page 6 of 6