## CERTIFICATE OF SERVICE

       I hereby certify that I mailed a true copy of the foregoing Motion to Dismiss Amended Complaint, Points and Authorities in support thereof and a proposed order by first class mail, postage prepaid, this 14th day of March, 2006, to the following:

David Mead
P.O. Box 30006
Bethesda, MD 20824
Plaintiff, pro se

S. Ricardo Narvaiz, Esquire
1300 Spring Street, Suite 500
Silver Spring, Maryland 20910

Attorneys for Defendant Shahram Roudi

Chao W. Chen
258 B. Market Street East
Gaithersburg, Maryland 20878

Robert C. Gill, Esquire
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC 20007

Attorneys for Weichert Realors, Inc and
Kathleen Sheeren

Michael J. Jagoda/Parcorp Services Ltd.
Royal Investment Group
13799 Park Boulevard N. #258
Seminole, Florida 33776

Royal Investment Group LLC
a/k/a Foreclosure Real Estate
13799 Park Boulevard N. #258
Seminole, Florida 33776

Nasser Shahparast
Royal Investment Group
5301 Goldsboro Road
Bethesda, Maryland 20817

Timothy Crowley

Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

Kathleen Tiong
Remax Realtors
6 Montgomery Village Avenue, #200
Gaithersburg, Maryland 20879

SueAnn Mahaffey, Esquire
25 West Middle Lane
Rockville, Maryland 20850

                                          /s/ Alan B. Frankle
                                          ALAN B. FRANKLE

Case 1:05-cv-02316-EGS     Document 30-2     Filed 03/14/2006     Page 3 of 3