# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID MEAD** | **)** | |
| **Plaintiff** | **)** | |
| **vs.** | **)** | **Case No.  1:05CV02316** |
| **SUE ANN MAHAFFEY, et al.** | **)** | **Judge Emmet G. Sullivan** |
| **Defendant** | **)** | |

## <u>ORDER GRANTING MOTION TO DISMISS</u>

UPON CONSIDERATION of the Defendant Yona Mead's Motion to Dismiss for Lack of Subject Matter Jurisdiction, the opposition thereto and the record herein, it appearing to the court that there is no civil action arising under the Constitution, laws or treaties of the United States and it further appearing to the court that there is not complete diversity between Plaintiff and all of the Defendants, and, as a result, this court does not have subject matter jurisdiction, it is, this ____ day of _____, 2006, by the United States District Court for the District of Columbia

ORDERED, that the Amended Complaint filed by the Plaintiff David Mead,  be and hereby is dismissed for lack of subject matter jurisdiction.


_____
**EMMET G. SULLIVAN, JUDGE**
United States District Court for the
District of Columbia