IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID MEAD** )<br>)<br>)<br>*Plaintiffs* )<br>v. )<br>)<br>**SUE ANN MAHAFFEY, et al** )<br>)<br>*Defendants* ) | Case No. 1: 05CV2316 (egs)<br>Judge: Emmet G. Sullivan |

## MOTION TO DISMISS
## OF DEFENDANT ROYAL INVESTMENT GROUP LLC

Comes now Defendant Royal Investment Group, LLC, by its attorney, and moves this Court to enter an Order dismissing this case for lack of subject matter jurisdiction for the reason that there is no diversity of citizenship between Plaintiff and the Defendants and there is no federal question raised in the Complaint.

Respectfully Submitted,

_____/s/_____
Brian P. Murphy #71399
1912 Sunderland Pl. NW
Washington DC  20036
(202) 530-7155
Fax (202) 530-7166
E Mail  BMurphy@aol.com

Attorney for Defendant Royal Investment Group LLC

March 20, 2006

## HEARING REQUEST

Oral hearing is respectfully requested.

1

_____/s/_____
Brian P. Murphy