IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID MEAD** )<br>)<br>)<br>*Plaintiffs* )<br>v. )<br>)<br>**SUE ANN MAHAFFEY, et al** )<br>)<br>*Defendants* ) | Case No. 1: 05CV2316 (egs)<br>Judge: Emmet G. Sullivan |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT ROYAL INVESTMENT GROUP LLC

Since this matter is already pending before the Court upon Motions to Dismiss, filed by Defendants Sue Ann Mahaffey and Weichert Realtors, Inc., specifically Docket Nos. 3, 4 and 15, Defendant Royal Investment Group LLC incorporates by reference the Points and Authorities cited in support of those Motions.

The issue here is diversity of citizenship. Specifically, the Complaint relies on diversity of citizenship under 28 USC § 1332 for jurisdiction. Paragraph 3 of the Complaint indicates that Plaintiff is a resident and therefore a citizen of Maryland. Paragraphs 4 through 13 of the Complaint indicate that most if not all Defendants are citizens of Maryland. The required diversity therefore does not exist and the case must be dismissed.

Respectfully Submitted,

_____/s/_____
Brian P. Murphy #71399

1

1912 Sunderland Pl. NW
Washington DC  20036
(202) 530-7155
Fax (202) 530-7166
E  Mail  BMurphy@aol.com

Attorney for Defendant Royal Investment Group LLC

March 20, 2006