IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID MEAD** )  )  )  ) *Plaintiffs* )  v. )  ) **SUE ANN MAHAFFEY, et al** )  ) *Defendants* ) | Case No. 1: 05CV2316 (egs)  Judge: Emmet G. Sullivan |

**ORDER**

UPON CONSIDERATION of the Motion of Defendant Royal Investments LLC to Dismiss; and

IT APPEARING that this Court lacks jurisdiction for the reason that the claim of jurisdiction is founded on alleged diversity of citizenship and that on the face of the Complaint the citizenship of all of the Defendants is not diverse from that of the Plaintiff, it is by the Court ORDERED this ____ day of _____, 2006 that this be and hereby is DISMISSED.

_____
Judge