UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID MEAD )
8204 Moorland Lane )
Bethesda, Maryland, 20817 )
 )
          Plaintiff, Pro Se ) Case Number 05CV02316
 ) (EGS)
Vs. )
 )
Sue Ann Mahaffey, et al. )
 )
          Defendant )

**RECEIVED APR 1 0 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## AFFIDAVIT IN SUPPORT OF DEFAULT

I, hereby certify under penalty of perjury this 10th day of April, 2006 that I am the plaintiff pro se of record in the above entitled case; that the defendant(s), Parcorp Services, Ltd/Michael Jagoda were personally served with process via First Class Mail pursuant to provisions of Rule 4 (c) (1) of the Federal Rules of Civil Procedure on February 27, 2006. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is Rule 4 (e) of the Federal Rules of Civil Procedure, "Service Upon Individuals Within a Judicial District of the United States".

I further certify under the penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the plaintiff David Mead; or extension has been given and the time for filing has expired; that the defendant(s) are neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against the defendant(s).

_____
David Mead

8204 Moorland Lane

Bethesda, Md. 20817

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD )<br>8204 Moorland Lane )<br>Bethesda, Maryland, 20817 )<br>)<br>     Plaintiff, Pro Se )<br>)<br>Vs. )<br>)<br>Sue Ann Mahaffey, et al. )<br>)<br>     Defendant )<br>_____) | Case Number 05CV02316<br><br>(EGS) |

## MILITARY AFFIDAVIT

I, hereby certify under penalty of perjury this 10th day of April, 2006 that I am David Mead, the plaintiff pro se of record in the above entitled case and make this certificate on my own behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors relief Act of 1942 and 1960; that I have caused careful investigation to be made to ascertain whether or not the above defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the Public health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or

education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Service and training Act of 1940, as Amended, nor is the defendant a member of the enlisted reserve corps ordered to report for military service, but is in the business service of creating LLC's and Corporations for its business clients.

_____
David Mead

8204 Moorland Lane

Bethesda, Md. 20817

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MEAD )<br>8204 Moorland Lane )<br>Bethesda, Maryland, 20817 )<br>)<br>           Plaintiff, Pro Se )<br>)<br>Vs. )<br>)<br>Sue Ann Mahaffey, et al. )<br>)<br>           Defendant )<br>_____) | Case Number 05CV02316<br><br>(EGS) |

## DEFAULT

It appearing that the defendant Parcorp Services Ltd./Michael Jagoda has failed to plead or otherwise defend this action through duly served with summons and copy of the complaint on the _____ day of _____ 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____ 2006 declared that Parcorp Services Ltd/Michael Jagoda herein are in default.

By_____