UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff
v.                                      CASE # 1:05CV02316    (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the April 4, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Nasser Shahparast, c/o attorney Brian Murphy (see letter dated April 3 as Exhibit 1) after 5 unsuccessful certified mail attempts and 8 special process server attempts at Nasser Shahparasts' home (see declaration by special process server attached as Exhibit 2). Attached hereto is the green card acknowledging service on **April 5, 2006.**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kelly Leed_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  4-5-06 |
| 1. Article Addressed to:<br>Nasser Shahparast<br>c/o Brian Murphy<br>1912 Sunderland Place N.W.<br>Wash. DC. 20036 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0005 2762 7522 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**RECEIVED**
APR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Mead, Pro Se
P.O. Box 30006, Bethesda, Md. 20824
8204 Moorland Lane, Beth, Md. 20817
301/ 656. 2516 (o)  301/656.1593 (f)

# EXHIBIT 1

# David Mead
## 8204 Moorland Lane, Bethesda, Md. 20817
## P.O. Box 30006, Bethesda, Md. 20824
## 301. 656. 2516 (o) 301/656.1593 (f)

---

April 3, 2006

Mr. Brian Murphy
1912 Sunderland Place, N.W.
Washington D.C. 20036

RE:   Case # 05CV02316

Dear Mr. Murphy:

    I have noted that you have entered your appearance on behalf of the Royal Investment Group LLC in reference to the above referenced case. I must admit I was somewhat surprised with your latest involvement in this case.

    As you know, you represented defendant Kathy Tiong in the underlying Circuit Court Case # FL 13261. Ms. Tiong was the last in a string of would-be purchasers in the attempted spurious transfer of my home at 8204 Moorland Lane, Bethesda, Md. You are no doubt familiar with the transaction - initially starting with Foreclosure Real Estate Services, LLC; then Foreclosure later changing its name to Royal Investment Group, LLC; and later again Royal Investment flipping the contract to Kathy Tiong.

    On March 9 2006, I had a conversation with Mr. Nasser Shahparast, the registered agent for Royal Investment Group LLC. Mr. Shahparast advised me that you would soon be entering your appearance on behalf of Nasser Shahparast and Kathy Tiong. Naturally, I was surprised to see your re-appearance on behalf of Royal Investment Group rather than Nasser Shahparast and Kathy Tiong. Perhaps you are representing all of them.

    In any event, I am attaching a copy of the Amended complaint that I trust you will forward to your client Nasser Shahparast to effectuate process. I also noticed that you requested an oral hearing. Please advise me regarding all matters that you intend to present to the Court to eliminate more surprises. I look forward to your response.

Sincerely,

David Mead

Attachments

# EXHIBIT 2



# THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DAVID MEAD

VS.

CASE NO: <u>1:05cv02316 EGS</u>

<u>SUE ANN MAHAFFEY ET AL</u>

### DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Cordis A. McCain, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

That I am not a party to or otherwise interested in this suit.
That my age and date of birth are as follows: 59, 5/28/1946.
That my business address is: 331 8TH STREET NE, WASHINGTON, DC 20002.

That at I was unable to serve the within named DEFENDANT **NASSER SHAHPARAST, AGENT FOR ROYAL INVESTMENT GROUP LLC** on January 21, 2006 at 4:25 PM at DEFENDANT'S address of record: 5301 Goldsboro Road, Bethesda, MD 20817 and have returned unexecuted the Summons and Complaint; that on February 14, 2006 at 12:22 PM, I returned this process unexecuted for the following reason(s):

No answer or activity at times of attempts. No response to date from postal check. Will advise if new address located.

Attempts to serve this process were made as follows:
12/26/05 7:45am; 12/28/05 3:55pm; 12/30/05 6:55pm; 1/12/06 4:20pm; 1/3/06 8:55pm; 1/17/06 8:30pm; 1/20/06 7:10am; 1/21/06 4:25pm

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
CORDIS A. MCCAIN
331 8th Street, NE
Washington, DC 20002

Washington, the District of Columbia

Subscribed and sworn to before me this
14 day of ___February___, 2006

_____
My Commission Expires: _____

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008