UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

DAVID MEAD )
8204 Moorland Lane )
Bethesda, Maryland, 20817 )
 )  Case Number 05CV02316
         Plaintiff, )
Vs. )        (EGS)
 )
Sue Ann Mahaffey, et al )
 )
         Defendant

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55 (a ) (b) (2) of the Federal Rules of Civil Procedure and this Court's inherent authority, plaintiff David Mead hereby moves this honorable Court to enter a Default Judgment against Defendant Parcorp Services, Ltd Corp/ Michael Jagoda. In support of this Motion and in compliance with LCvR7, Plaintiff submits the attached Memorandum of Points and Authorities, including the Courts' Civil Docket Report (Exhibit "A" #27) defendants' Affidavit of Service (Exhibits B) and Articles of Amendment on Foreclosure Real Estate Services, LLC (Exhibit "C").

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

**RECEIVED**

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE
## MOTION FOR DEFAULT JUDGMENT

I hereby certify that on the March 30, 2006 I mailed a true copy of the Motion For Default Judgment, Points and Authorities and support thereof, and a proposed Order to:

Royal Investment Group LLC
a/k/a Foreclosure Real Estate Services
c/o Md. Dept. Taxation & Assessments
301 West Preston Street, room 801
Baltimore, Md., 21201-2395

Michael Jagoda
Parcorp Services Ltd. Corp
931 West 75th Street, #137-317
Naperville, Illinois 60565-7202

_David Mead_
David Mead

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD ) <br> 8204 Moorland Lane ) <br> Bethesda, Maryland, 20817 ) <br> ) <br> Plaintiff, ) <br> Vs. ) <br> ) <br> Sue Ann Mahaffey, et al ) <br> ) <br> Defendant ) | Case Number 05CV02316 <br><br> (EGS) |

## MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff, David Mead, Pro Se, and as for his Memorandum of Points and Authorities in support of the Motion for Default Judgment states as follows:

1. Plaintiff filed this Complaint against Defendants Sue Ann Mahaffey et al, including Parcorp Services Ltd Corp/Michael Jagoda on December 1, 2006.

2. On February 27, 2006, defendant Parcorp Services Ltd Corp/Michael Jagoda was duly served a copy of the summons and complaint in Naperville, Illinois (see exhibit "B"). The delay in service was the result of Royal Investment Services LLC a/k/a Foreclosure Real Estate Services listing the principal, Michael Jagoda/ Parcorp Services current address as of September 4, 2004 at 13799 Park Boulevard, Seminole, Florida 33776 (see exhibit "C").

3. On March 6, 2006, service of process on defendant Parcorp Services Ltd Corp/Michael Jagoda was entered in the Court Docket Report (See Exhibit "A" #'27), with answers due from defendant by March 26, 2006

4. From February 27, 2006 through March 29, 2006 (30 days), defendant Parcorp Services Ltd. Corp/Michael Jagoda failed to plead or otherwise defend in accordance with this Courts' rules.

5. In accordance with Rule 55 (a) (b) (2) of the Federal Rules of Civil Procedure, when a party fails to plead or otherwise defend as provided by these rules, and that fact is made to appear by affidavit, the Clerk shall enter the parties default.

6. Good cause exists to enter Default Judgments on defendant Parcorp Services Ltd. Corp/Michael Jagoda.

For the foregoing reasons, the plaintiff prays that this Court enter Default Judgments on defendant Parcorp Services Ltd. Corp/Michael Jagoda.

Respectfully submitted,

_____
David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

# EXHIBIT A

| | | |
|---|---|---|
| 01/18/2006 | 15 | MOTION to Dismiss for Lack of Jurisdiction *Motion to Dismiss Plaintiff's Complaint* by WEICHERT REALTORS, INC., KATHLEEN SHEERAN. (Gill, Robert) (Entered: 01/18/2006) |
| 01/27/2006 | 18 | Memorandum in opposition to re 4 to motion to dismiss filed by DAVID MEAD. (td, ) (Entered: 01/30/2006) |
| 01/27/2006 | 19 | MOTION to Amend/Correct 1 Complaint, by DAVID MEAD. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Amended Complaint)(td, ) (Entered: 01/30/2006) |
| 02/06/2006 | 20 | ERRATA notice of filing of exhibits A through D to memorandum 18 in opposition to dismiss by DAVID MEAD. (td, ) Modified on 2/22/2006 (ks, ). (Entered: 02/07/2006) |
| 02/15/2006 | 21 | Memorandum in opposition to re 19 *Plaintiff's Motion for Leave to Amend Complaint* filed by YONA MEAD. (Attachments: # 1 Proposed Order)(Frankle, Alan) (Entered: 02/15/2006) |
| 02/15/2006 | 22 | Memorandum in opposition to MOTION to Amend/Correct 1 Complaint re 19 filed by SUE ANN MAHAFFEY. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order) (jf, ) (Entered: 02/17/2006) |
| 02/22/2006 | 23 | MOTION for Default Judgment as to defendants Kathy Tiong and Timothy Crowley by DAVID MEAD. (Attachments: # 1 Exhibit # 2 Text of Proposed Order) (td, ) (Entered: 02/23/2006) |
| 02/24/2006 | 24 | ORDER granting 23 Plaintiff's Motion for Default Judgment against defendants Kathy Tiong and Timothy Crowley. Signed by Judge Emmet G. Sullivan on February 24, 2006. (lcegs2) (Entered: 02/24/2006) |
| 03/01/2006 | 25 | REPLY to defendant's opposition to re 19 MOTION to Amend/Correct 1 Complaint, filed by DAVID MEAD. (td, ) (Entered: 03/02/2006) |
| 03/01/2006 | 26 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ROYAL INVESTMENT GROUP LLC served on 2/27/2006, answer due 3/20/2006 (td, ) (Entered: 03/02/2006) |
| 03/06/2006 | 27 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MICHAEL J. JAGODA served on 2/27/2006, answer due 3/20/2006 (td, ) (Entered: 03/08/2006) |

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DAVID MEAD**

**Plaintiff**

v.                                          CASE # 1:05CV02316      (EGS)

**SUE ANN MAHAFFEY, et al**

**Defendants**

### AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the February 25, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Parcorp Services, Ltd., principal of record for co-defendant "Royal Investment Services LLC., a/k/a "Foreclosure Real Estate Services, LLC". Parcorp Services had listed its address at 13799 Park Boulevard, Seminole Florida 33776 which is false. The real address is 931 West 75th Street, #137-317, Naperville, Illinois 60565. Attached hereto is the green card acknowledging service on **February 27, 2005.**

[Return receipt card attached:

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Parcorp Services, David Sorin,
Michael Jagoda
Parcorp Services Ltd. Corp
931 West 75th St, #137-317
Naperville, Illinois 60565-7202

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signed] — Agent/Addressee
B. Received by (Printed Name): Scott, Tusky
C. Date of Delivery: 2/27/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from ser): 7005 1820 0006 3274 6274

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540]

[signature] David Mead
David Mead, Pro Se
P.O. Box 30006, Bethesda, Md. 20824
8204 Moorland Lane, Beth, Md. 20817
301/ 656. 2516 (o)  301/656.1593 (f)

# EXHIBIT C

Sep 01 04 07:55p    FRS, LLC

(REVISED)

**State of Maryland**
**Department of Assessments and Taxation**
Charter Division

---

*ARTICLES OF AMENDMENT*
*For*
**LIMITED LIABILITY COMPANY**

Foreclosure Real Estate Services LLC
(1) Insert full name of LLC

(2) __Name change__
Maryland Limited Liability Company hereby amends its Articles of Organization

(3) The Charter of the Limited Liability Company is hereby amended as follows:

The Name will be change to
Royal Investment Group, LLC
~~or (scratched out)~~

(4) Sean Shahparast
&/or Nasser Shahparast

I hereby consent to serve as Resident Agent for the above named Limited Liability Company.

_____          _____
Authorized Person(s)          *required only for new resident agents*

---

Limited Liability Company Articles of Amendment must be approved by the unanimous Consent of the members, signed by an authorized person, and filed with the Department of Assessments and Taxation at 301 W. Preston Street, 8th Floor, and Baltimore, Maryland 21201. The Articles do not have to recite the approval of the members. The above form may be used or a document may be created based on the above format. The filing fee is $100.00.

LLCAmendment/Mydocs/forms                                06/03

Room 801-301 West Preston Street – Baltimore, Maryland 21201
Phone: (410) 767-1350 – Fax: (410) 333-7097 – TTY Users call Maryland Relay 1-800-735-2258
Toll Free in MD: 1-888-246-5941 – website: http://www.dat.state.md.us

09/21/2000  13:53    7273205648                PARCORP                              PAGE  02



# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: _____

**FORECLOSURE REAL ESTATE SERVICES, LLC**

(2) The purpose for which the Limited Liability Company is filed is as follows: _____
To engage or transact in any or all other lawful activities or business which limited liability companies may be organized under the laws of the State of Maryland.

(3) The address of the Limited Liability Company in Maryland is _____
5301 GOLDSBORO RD., BETHESDA, MD 20817

(4) The resident agent of the Limited Liability Company in Maryland is _____
NASSER SHAHPARAST

whose address is 5301 GOLDSBORO RD., BETHESDA, MD 20817

(5) _____        (6) _____
                                              Resident Agent
                                            NASSER SHAHPARAST

MICHAEL J. JAGODA
Authorized Person(s)

RETURN TO:
(7) PARCORP SERVICES, LTD.

MICHAEL J. JAGODA

13799 PARK BLVD. N, # 258

SEMINOLE, FL 33776

** EXPEDITED SERVICE **         ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__   BUSINESS CODE _____

\# _____

STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0000482776
WORK ORDER:0000363740
DATE:09-25-2000 03:21 PM
AMT. PAID:$100.00

Close____   Stock____   Nonstock____

P.A.____   Religious____

Merging (Transferor)_____

ID # W05984810 ACK # 1000226883000000
LIBER: 800184 FOLIO: 0602 PAGES: 0002
FORECLOSURE REAL ESTATE SERVICES, LLC

09/21/2000  AT 01:53 P  WO # 0000363740

**FEES REMITTED**

Base Fee: __50__
Org. & Cap. Fee: _____
Expedite Fee: __50__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
Certified Copies: _____
Copy Fee: _____
Certificates: _____
Certificate Fee: _____
Other: _____

TOTAL FEES: __100__

(New Name)_____

____ Change of Name
____ Change of Principal Office
____ Change of Resident Agent
____ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent
    and Resident Agent's Address
____ Change of Business Code
____ Adoption of Assumed Name

Credit Card __✓__  Check____  Cash____

____ Documents on ____ Checks

APPROVED BY: _____

KEYED BY: _____

____ Other Change(s)_____

CODE_____
ATTENTION: Michael J. Jagode

COMMENT(S):

MAIL TO ADDRESS:
Pancorp Services, LTD
13799 Park Blvd N, #25
Seminole, FL 33776

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **    ** KEEP WITH DOCUMENT **

DOCUMENT CODE __41A__    BUSINESS CODE _____

\# __W5984810__

Close ____    Stock ____    Nonstock ____

P.A. ____    Religious ____

Merging (Transferor) _____

_____

_____

Surviving (Transferee) _____

_____

_____

```
ID # W05984810  ACK # 1000361990296844
LIBER: 000700  FOLIO: 1267  PAGES: 0002
ROYAL INVESTMENT GROUP LLC

09/01/2004    AT 07:55 P WO # 0000942400
```

New Name __Royal Investment Group, LLC__

### FEES REMITTED

Base Fee: __100__
Org. & Cap. Fee: ____
Expedite Fee: __50__
Penalty: ____
State Recordation Tax: ____
State Transfer Tax: ____
Certified Copies ____
Copy Fee: ____
Certificates ____
Certificate of Status Fee: ____
Personal Property Filings: ____
Other: ____

TOTAL FEES: __150__

✓ Change of Name
___ Change of Principal Office
___ Change of Resident Agent
___ Change of Resident Agent Address
___ Resignation of Resident Agent
___ Designation of Resident Agent and Resident Agent's Address
___ Change of Business Code

___ Adoption of Assumed Name

___ Other Change(s)

Credit Card __✓__    Check ____    Cash ____

____ Documents on ____ Checks

Approved By: __ND13__

Keyed By: ____

COMMENT(S):

Code ____

Attention: ____

Mail to Address: __Nasser Shahparast__
__5301 Goldsboro Rd__
__Bethesda Md 20817__

```
CUST ID: 0001467086
WORK ORDER: 0000942400
DATE: 09-07-2004 09:03 AM
AMT. PAID: $150.00
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817<br><br>     Plaintiff,<br>vs.<br><br>Sue Ann Mahaffey, et al<br><br>     Defendant | Case Number 05CV02316<br><br>(EGS) |

## ORDER

Upon consideration of Defendant's Motion for Default Judgment and the entire record herein, it is hereby,

**ORDERED** that Plaintiffs' Motion for Default Judgment against Defendant Parcorp Services Ltd Corp/Michael Jagoda is **GRANTED**.

              **Emmet G Sullivan**, Judge

              Date

Copies to:

Royal Investment Group LLC
a/k/a Foreclosure Real Estate Services
c/o Md. Dept. Taxation & Assessments
301 West Preston Street, room 801
Baltimore, Md., 21201-2395

Michael Jagoda
Parcorp Services Ltd. Corp
931 West 75th Street, #137-317
Naperville, Illinois 60565-7202

David Mead
8204 Moorland Lane,
Bethesda, Md. 20814