UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817<br><br>　　　　　Plaintiff,<br>Vs.<br><br>Sue Ann Mahaffey, et al<br><br>　　　　　Defendant | Case Number 05CV02316<br><br>(EGS) |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55 (a ) (b) (2) of the Federal Rules of Civil Procedure and this Court's inherent authority, plaintiff David Mead hereby moves this honorable Court to enter a Default Judgment against Defendant Nasser Shahparast, agent for "Royal Investment Group, LLC". In support of this Motion and in compliance with LCvR7, Plaintiff submits the attached Memorandum of Points and Authorities, including plaintiffs Exhibits 1 through 4, attached to the Points and Authorities.

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)

RECEIVED
APR 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE
## MOTION FOR DEFAULT JUDGMENT

I hereby certify that on the April 28, 2006 I mailed a true copy of the Motion

For Default Judgment, Points and Authorities and support thereof, and a proposed

Order to:

Mr. Brian Murphy
Attorney for Nasser Shahparast
1912 Sunderland Place, N.W.
Washington, DC 20036


_____
David Mead

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD )<br>8204 Moorland Lane )<br>Bethesda, Maryland, 20817 )<br>  )<br>                    Plaintiff, )<br>Vs.  )<br>  )<br>Sue Ann Mahaffey, et al )<br>  )<br>                    Defendant )<br>_____) | Case Number 05CV02316<br><br>(EGS) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff, David Mead, Pro Se, and as for his Memorandum of Points and Authorities in support of the Motion for Default Judgment states as follows:

1. Plaintiff filed this Complaint against Defendants Sue Ann Mahaffey et al, including Nasser Shahparast, agent for defendant "Royal Investment Group, LLC", on December 1, 2006.

2. From December 1, 2005 through January 21, 2006, eleven (11) separate Attempts, three (3) by certified mail, eight (8) by special process server, were made to effectuate service of process on defendant Nasser Shahparast (see Exhibit 1 attached).

3. On February 27, 2006, after eleven (11) separate attempts were made to effect service of process on the LLC "Royal Investment Group" the Maryland Department of Taxation and Assessments, in accordance with its regulations, accepted service of process for the Royal Investment Group (see Exhibit 2 attached).

3. On March 9, 2006, defendant Nasser Shahparast called plaintiff on the telephone to advise that attorney Brian Murphy was entering his appearance on behalf of defendant Nasser Shahparast.

2. On April 3, 2006, plaintiff forwarded a copy of the summons and complaint with cover letter to Brian Murphy, attorney for Nasser Shahparast (see Exhibit 3 attached).

2. On April 5, 2006, Nasser Shahparast was duly served on with a copy of the summons and the complaint (see Exhibit "4" attached).

3. On April 15, 2006, service of process on defendant Nasser Shahparast was entered in the Court Docket with answers due by April 25, 2006.

4. From April 5, 2006 through April 26, 2006, defendant Nasser Shahparast failed to plead or otherwise defend in accordance with this Courts' rules.

5. In accordance with Rule 55 (a) (b) (2) of the Federal Rules of Civil Procedure, when a party fails to plead or otherwise defend as provided by these rules, and that fact is made to appear by affidavit, the Clerk shall enter the parties default.

6. Good cause exists to enter Default Judgments on defendant Nasser Shahparast.

For the foregoing reasons, the plaintiff prays that this Court enter Default Judgments on defendant Nasser Shahparast.

Respectfully submitted,

David Mead
8204 Moorland Lane, Beth. Md. 20817
P.O. Box 30006 Bethesda, Md. 20824
301/ 656. 2516 (o) 301/656.1593 (f)