# EXHIBIT 1



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DAVID MEAD

VS.                                                   CASE NO: 1:05cv02316 EGS

SUE ANN MAHAFFEY ET AL

## DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Cordis A. McCain, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

That I am not a party to or otherwise interested in this suit.
That my age and date of birth are as follows: 59, 5/28/1946.
That my business address is: 331 8TH STREET NE, WASHINGTON, DC 20002.

That at I was unable to serve the within named DEFENDANT **NASSER SHAHPARAST, AGENT FOR ROYAL INVESTMENT GROUP LLC** on January 21, 2006 at 4:25 PM at DEFENDANT'S address of record: 5301 Goldsboro Road, Bethesda, MD 20817 and have returned unexecuted the Summons and Complaint; that on February 14, 2006 at 12:22 PM, I returned this process unexecuted for the following reason(s):

No answer or activity at times of attempts. No response to date from postal check. Will advise if new address located.

Attempts to serve this process were made as follows:
12/26/05 7:45am; 12/28/05 3:55pm; 12/30/05 6:55pm; 1/12/06 4:20pm; 1/3/06 8:55pm; 1/17/06 8:30pm; 1/20/06 7:10am; 1/21/06 4:25pm

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
CORDIS A. MCCAIN
331 8th Street, NE
Washington, DC 20002

Washington, the District of Columbia

Subscribed and sworn to before me this
14 day of February, 2006

_____
My Commission Expires: _____

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008