# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MEAD

    Plaintiff

    v.                                       CASE # 1:05CV02316    (EGS)

SUE ANN MAHAFFEY, et al

    Defendants

## AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the February 25, 2006, I mailed a copy of he summons and complaint, certified mail return receipt requested, **to Royal Investment Group, LLC, c/o The Maryland Department of Taxation and Assessments.** After nine(9) separate but failed attempts by special process service to serve the registered agent, Nasser Shahparast at 5301 Goldsboro Road, Bethesda, Md., 20817, the Dept. of Taxation and Assessments has officially acted to accept service for the LLC. Attached is the green card acknowledging service on **February 27, 2005.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Royal Investment Group LLC<br>c/o Md Dept. Tax and Assessments<br>301 West Preston St Room 801<br>Balt. Md 21201-2395 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service) | 7005 1820 0006 3274 6250 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

_____
David Mead, Pro Se
8204 Moorland Lane
Bethesda, Md. 20817
P.O. Box 30006, Bethesda, Md. 20824
301. 656. 5011