# EXHIBIT 3

# David Mead
## 8204 Moorland Lane, Bethesda, Md. 20817
## P.O. Box 30006, Bethesda, Md. 20824
## 301. 656. 2516 (o) 301/656.1593 (f)

---

April 3, 2006

Mr. Brian Murphy
1912 Sunderland Place, N.W.
Washington D.C. 20036

RE:   Case # 05CV02316

Dear Mr. Murphy:

    I have noted that you have entered your appearance on behalf of the Royal Investment Group LLC in reference to the above referenced case. I must admit I was somewhat surprised with your latest involvement in this case.

    As you know, you represented defendant Kathy Tiong in the underlying Circuit Court Case # FL 13261. Ms. Tiong was the last in a string of would-be purchasers in the attempted spurious transfer of my home at 8204 Moorland Lane, Bethesda, Md. You are no doubt familiar with the transaction - initially starting with Foreclosure Real Estate Services, LLC; then Foreclosure later changing its name to Royal Investment Group, LLC; and later again Royal Investment flipping the contract to Kathy Tiong.

    On March 9 2006, I had a conversation with Mr. Nasser Shahparast, the registered agent for Royal Investment Group LLC. Mr. Shahparast advised me that you would soon be entering your appearance on behalf of Nasser Shahparast and Kathy Tiong. Naturally, I was surprised to see your re-appearance on behalf of Royal Investment Group rather than Nasser Shahparast and Kathy Tiong. Perhaps you are representing all of them.

    In any event, I am attaching a copy of the Amended complaint that I trust you will forward to your client Nasser Shahparast to effectuate process. I also noticed that you requested an oral hearing. Please advise me regarding all matters that you intend to present to the Court to eliminate more surprises. I look forward to your response.

Sincerely,

David Mead

Attachments