# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DAVID MEAD**

    Plaintiff

    v.

                              CASE # 1:05CV02316    (EGS)

**SUE ANN MAHAFFEY, et al**

    Defendants

## AFFIDAVIT OF SERVICE

I, David Mead, hereby declare that on the April 4, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Nasser Shahparast, c/o attorney Brian Murphy (see letter dated April 3 as Exhibit 1) after 5 unsuccessful certified mail attempts and 8 special process server attempts at Nasser Shahparasts' home (see declaration by special process server attached as Exhibit 2). Attached hereto is the green card acknowledging service on **April 5, 2006.**

[Green card / PS Form 3811 Domestic Return Receipt]

1. Article Addressed to:
Nasser Shahparast
c/o Brian Murphy
1912 Sunderland Place N.W.
Wash. DC. 20036

2. Article Number: 7006 0100 0005 2762 7522

C. Date of Delivery: 4-5-06

David Mead, Pro Se
P.O. Box 30006, Bethesda, Md. 20824
8204 Moorland Lane, Beth, Md. 20817
301/ 656. 2516 (o)  301/656.1593 (f)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| DAVID MEAD<br>8204 Moorland Lane<br>Bethesda, Maryland, 20817<br><br>            Plaintiff,<br>vs.<br><br>Sue Ann Mahaffey, et al<br><br>            Defendant | Case Number 05CV02316<br><br>(EGS) |

### ORDER

Upon consideration of Defendant's Motion for Default Judgment and the entire record herein, it is hereby,

**ORDERED** that Plaintiffs' Motion for Default Judgment against Defendant Nasser Shahparast, agent for "Royal Investment Group, LLC" is **GRANTED**.

_____
**Emmet G Sullivan**, Judge

_____
Date

Copies to:

Brian Murphy
Attorney for Nasser Shahparast
1912 Sunderland Place, NW
Washington, DC 20036

David Mead
8204 Moorland Lane,
Bethesda, Md. 20814